[878 NYS2d 253]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a, Respondents. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, April 2, 2009

### APPEARANCES OF COUNSEL

*Alan W. Friedberg, Chief Counsel, Departmental Disciplinary Committee*, New York City (*Mady J. Edelstein* of counsel), for petitioner.

No appearances for respondents.

### OPINION OF THE COURT

PER CURIAM.

Section 468-a of the Judiciary Law requires every resident

and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the attorney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys (whose last name begins with the letters A through K) who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due purported notification. This is another in a series of motions to suspend attorneys who have failed to file biennial registration statements with the Office of Court Administration. This Court has previously held that failure to register or reregister, and pay the biennial registration fee constitutes professional misconduct warranting discipline (*see Matter of Pierini*, 21 AD3d 42 [2005]). Since 1997 this Court granted similar motions and suspended attorneys en masse for such failure to register or reregister, and pay the registration fee pursuant to Judiciary Law § 468-a (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 230 AD2d 366 [1997]; 240 AD2d 106 [1998]; 247 AD2d 158 [1998]; 257 AD2d 127 [1999]; 36 AD3d 34 [2006]; 51 AD3d 1 [2008]).

The attorneys in question have been duly notified of their noncompliance and given an opportunity to cure their default. The Office of Court Administration mailed each of the defaulting attorneys a biennial registration form to their last known home address, a second notice to their last known business address, and a final notice to their home address. Attorneys who remained in default following these three notices were referred to the Disciplinary Committee. On October 31, 2008, this Court published notice in the New York Law Journal that the

Disciplinary Committee would institute an omnibus disciplinary proceeding seeking immediate suspension from the practice of law against those attorneys who did not cure their default by November 24, 2008. A list of approximately 952 attorneys who failed to submit satisfactory proof of registration and payment of fees was forwarded to the Committee. The Committee then filed its motion for service by publication of the notice of petition to suspend.

Pursuant to the order of this Court entered December 30, 2008, which provided for service of the suspension motion by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses was so published commencing January 21, 2009. A notice was also posted on the Court's Web site. The order further provided that attorneys on the default list who failed to register and pay all outstanding fees, or provide proof of prior registration and payment of such fees, within 30 days of the last date of the published order, would be subject to further order of the Court immediately suspending them from the practice of law in the State of New York.

The attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification process described above are the subject of the Committee's instant motion for suspension. No opposition has been filed.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys shall be granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York, effective immediately.

MAZZARELLI, J.P., SAXE, FRIEDMAN, NARDELLI and BUCKLEY, JJ., concur.

Attorneys whose names are enumerated in the schedule attached to the opinion per curiam suspended from the practice of law in the State of New York, effective immediately, and until the further order of this Court, as indicated.

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Abdulai, Abukari Alhassan | C/O Post Office Box 14450 Accra - North Ghana, West Africa | 9/17/2001 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Abramowitz, Melissa Claire | Davies Ward Phillips & Vineberg LLP 1 First Canadian Place, 44th Floor Toronto, Ontario M2r 1a1, Canada | 6/11/2001 | 1 |
| Abrams, Geoffrey | 54 W 16th St New York, NY 10011 | 6/2/1969 | 2 |
| Abreu, Milena A. | Bennett H. Brummer Public Defender Office 1320 NW 14th Street Miami, FL 33125 | 5/24/1999 | 1 |
| Abshir, Sagal Mohamed | Levin & Srinivasan LLP 1776 Broadway Suite #1900 New York, NY 10019 | 11/14/2001 | 2 |
| Adam, Walter Krishna | Accenture 1345 Avenue of the Americas Fl 5th New York, NY 10105 | 4/26/1993 | 1 |
| Adams, John Hamilton | Natural Resources Defense Council Inc 40 W 20th St New York, NY 10011 | 6/19/1963 | 3 |
| Adams, John Quincy | John Q Adams 277 Broadway Ste 507 New York, NY 10007 | 3/6/1974 | 2 |
| Addiss, Wendy Louise | 6500 Anna Maria Court McLean, VA 22101 | 2/5/1979 | 1 |
| Aden, Douglas Rolfe | Coudert Brothers Jing Guang Center Beijing 100020, China | 1/31/1977 | 1 |
| Adigwe, Chizoba N. | State Street Bank England E14 S London, England | 6/2/2000 | 1 |
| Adnani, Meena Kumari | 2 Peach Gardens #02-02 Singapore 437603, Singapore | 10/2/2001 | 1 |
| Adolph, Alan S. | Alan S. Adolph, Esq. 217 Broadway Rm 603 New York, NY 10007 | 2/28/1974 | 4 |
| Afriat, Vardit | Epstein, Becker & Green, P.C. 250 Park Ave New York, NY 10177 | 4/2/2001 | 1 |
| Agar, Raymond Scott | Touche Ross & Co 1 Federal St Boston, MA 02120 | 4/17/1972 | 1 |
| Agostini, Daniel E. | N.Y.C. Human Resources Administration 180 Water Street New York, NY 10038 | 6/22/1983 | 2 |
| Agrawal, Prashant | McKinsey & Company 55 E 52nd St New York, NY 10022 | 2/5/2001 | 1 |
| Aguilera, Jacqueline McIntyre | Stutman, Treister & Glatt 3100 Granville Avenue Los Angeles, CA 90066 | 5/1/1995 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Ahlers-Mack, Lorraine | Law Office of L. Ahlers-Mack 67 Wall St Ste 2211 New York, NY 10005 | 6/6/1993 | 2 |
| Ahn, Jae Hong | Kim & Chang 223 Naeja-Dong Chongro-Ku Seoul, Korea | 1/23/1995 | 1 |
| Albert, Craig Charles | The Osprare Fund Tudor Investment Corp 780 3rd Ave New York, NY 10017 | 4/10/1995 | 1 |
| Alexander, Robert J. | Robert J. Alexander Esq. 444 E 82nd St Apt 22G New York, NY 10028 | 12/22/1964 | 1 |
| Alexandre, Michele | Debevoise & Plimpton 919 3rd Ave New York, NY 10022 | 6/26/2002 | 2 |
| Alick, Nafe S. | Alicks Home Medical Equip, Inc. 952 E Jackson Blvd Elkhart, IN 46516 | 4/17/1989 | 1 |
| Alpert, Jedidiah Olins | WFX, LLC 151 Lafayette St Fl 5 New York, NY 10013 | 8/12/1991 | 1 |
| Alston, Kaileen Tinetta | Milberg Weiss Bershad Hynes & Lerach, LLP 1 Penn Plz New York, NY 10119 | 10/24/2000 | 3 |
| Altman, Louis | Louis Altman 135 S La Salle St Chicago, IL 60603 | 3/23/1959 | 1 |
| Alvarez, Michael | Wong Fleming, P.C. 821 Alexander Road P.O. Box 3663 Suite 150 Princeton, NJ 08543 | 4/23/2001 | 1 |
| Ament, Gerald | Gerald Ament Esq 2861 Woodwardi Dr Los Angeles, CA 90077 | 2/22/1971 | 1 |
| Anastos, Lisa | Kirkland & Ellis Citigroup Center 153 E 53rd St New York, NY 10022 | 6/16/1997 | 1 |
| Ancri, Patrick Charles | 492 Grove St, Apt 10 San Francisco, CA 94102 | 12/17/2001 | 1 |
| Anderson, Bradford | Jones Grey & Bayley P S 3600 One Union Square Seattle, WA 98144 | 5/19/1980 | 1 |
| Anderson, Diane Marie | Moses & Singer LLP 405 Lexington Ave New York, NY 10174 | 2/5/2001 | 1 |
| Anderson, Nancy J. | Microsoft Corporation One Microsoft Way Redmond, WA | 6/19/1978 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Andoh, Edward Kwaku | Fenwick & West, LLP<br>Two Palo Alto Square<br>Palo Alto, CA 94306 | 7/12/1993 | 1 |
| Andre, Nancy Rose | Lawyers for Children<br>110 Lafayette St Fl 8<br>New York, NY 10013 | 7/14/1997 | 2 |
| Andren, Carl Magnus | Andren Bratt Isacsson, Magnus Andren, Advokat<br>Norrlandsgatan 16<br>111 43 Stockholm, Sweden | 3/26/1990 | 1 |
| Andrews, Ashley Ricardo | 30 Hamilton Ter<br>New York, NY 10031 | 4/13/1970 | 1 |
| Ang, Alexia Hui Tsun | 24 River Valley Close Pacific Mansion #15-24<br>Singapore 238435, Singapore | 7/29/2002 | 1 |
| Angowitz, Anne S. | Preferred Placement Inc<br>60 E 42nd Street<br>Suite 4700<br>New York, NY 10165 | 2/4/1987 | 2 |
| Antonutti, Michael Henry | New York City Corporation Counsel<br>100 Church St<br>New York, NY 10007 | 3/19/2003 | 2 |
| Anyanwu, Anthony Chidi | Anthony & Bernard P.C.<br>901 Walton Ave Apt 1A<br>Bronx, NY 10452 | 11/13/1991 | 2 |
| April, Randi Doner | 5 Stratford Dr<br>Livingston, NJ 07039 | 3/25/1991 | 1 |
| Arbeiter, Jay D. | Baer Arbeiter Ploshnick & Pessin<br>344 Main St<br>Metuchen, NJ 08840 | 3/13/1961 | 1 |
| Arbogast, James Daniel | 4114 Avenue C<br>Austin, TX 78751 | 10/31/1994 | 1 |
| Arbuckle, Joshua Lebaron | Shearman & Sterling<br>599 Lexington Ave<br>New York, NY 10022 | 7/29/2002 | 1 |
| Arch, Michael E. | U.S. Epa<br>290 Broadway<br>New York, NY 10007 | 6/18/1990 | 1 |
| Archer, Diane Strom | Medicare Rights Center<br>1460 Broadway 11th Fl<br>New York, NY 10036 | 4/30/1985 | 1 |
| Archer, Marlene A. | Unified Court System of New York<br>25 Beaver St<br>New York, NY 10004 | 6/17/1985 | 1 |
| Arendt, David | Luxembourg Permanent Mission<br>17 Beekman Pl<br>New York, NY 10022 | 5/7/1984 | 1 |
| Aretsky, Lynne Alison | 85 Livingston Ave<br>Roseland, NJ 07068 | 10/30/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Arias, Alexandra Victoria | National Broadcasting Company Inc., Labor Relation Dept. 30 Rockefeller Plz New York, NY 10112 | 6/8/1994 | 2 |
| Armstrong, Robert C. | Robert C Armstrong, Attorney At Law 232 4th St Jersey City, NJ 07302 | 4/7/1980 | 1 |
| Arnold, R Steven | R.S. Arnold 4386 Paradise Drive Tiburon, CA 94920 | 12/10/1962 | 1 |
| Arpey, Michael W. | CSFB 11 Madison Ave Fl 16th New York, NY 10010 | 2/27/1996 | 3 |
| Arrastia, Josephine Marie | Curan & Ahlers, L.L.P. 59 John St Fl 3rd New York, NY 10038 | 4/8/2002 | 1 |
| Ashraf, Rabbia | City of New York Department for the Aging 2 Lafayette St 6th Floor New York, NY 10007 | 4/2/1997 | 2 |
| Asmundsson, Eric | Schulte, Roth & Zabel LLP 919 3rd Ave New York, NY 10022 | 3/25/1981 | 2 |
| Atlas, David Stuart | Penske Corporation 600 Parsippany Road Parsippany, NJ 07054 | 8/6/1974 | 1 |
| Auger, Diana J. | 38 Woods Lane Los Altos, CA 94024 | 6/27/1966 | 1 |
| Augustine, Cynthia | The New York Times Company 1120 Avenue of the Americas New York, NY 10036 | 1/13/1992 | 1 |
| Autry, Wayne Antonio | Office of the District Attorney Bronx County 198 E 161st St Bronx, NY 10451 | 12/17/2001 | 1 |
| Aviles, John Anthony | Jon B. Felice & Associates, P.C. 11 E 44th St New York, NY 10017 | 1/23/2002 | 2 |
| Axelrod, Brad Jeffrey | Jones Walker Waechter Poitevent Carrere & Denegre L.L.P. 8555 United Plaza Blvd., 5th Floor Baton Rouge, LA 70809 | 8/7/1989 | 1 |
| Axelrod, Jay Gordon | Jay G Axelrod Esq C/O Axelrod Mgmt Co. Inc. 45 W 139th St New York, NY 10037 | 5/15/1978 | 1 |
| Axelrod, Jill L. | American International Group 80 Pine St New York, NY 10005 | 7/22/1991 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Azzoline, Salvatore Vincent | Levy, Phillips & Konigsberg, LLP 800 3rd Ave New York, NY 10022 | 4/26/1995 | 2 |
| Babb, Edward Joseph | Mc Ghee & Ass. 225 Broadway Rm 1401 New York, NY 10007 | 6/18/1959 | 2 |
| Babitz, Kevin I. | Powell Goldstein Frazer & Murphy LLP 1001 Pennsylvania Ave. 6th Fl. Washington, DC 20004 | 6/25/2002 | 1 |
| Bachner, Robert Nicolas | Schoenherr Rechtsanwaelte Oeg Tuchlauben 17 A-1010 Vienna, Austria | 3/13/2000 | 1 |
| Bade, Patricia Gail | Pfizer Inc. 201 Tabor Rd Morris Plains, NJ 07950 | 5/1/2000 | 1 |
| Bader, Cheryl Grace | Fordham University School of Law 33 W 60th St Fl 3rd New York, NY 10023 | 12/9/1987 | 2 |
| Bai, Pingping | Peng Chan Law Office 150 S. Robles Avenue, Suite 440 Pasadena, CA 91101 | 7/13/1998 | 1 |
| Bailey-Berthoumieux, Simone Charisse | Deloitte & Touche 2 World Financial Ctr New York, NY 10281 | 9/24/2002 | 3 |
| Balaz, Natasha Ann | Sherman & Sterling 599 Lexington Ave New York, NY 10022 | 10/29/2001 | 1 |
| Baldwin, Timothy Charles | 354 E 83rd St Apt 3C New York, NY 10028 | 8/6/1990 | 1 |
| Balet, Steven C. | MacKenzie Partners, Inc. 105 Madison Ave New York, NY 10016 | 3/10/1997 | 1 |
| Ballabon, Jeffrey Harold | Ballabon Group 147 W 35th St Rm 1402 New York, NY 10001 | 4/24/1991 | 2 |
| Ballen, Stacy Lynne | 8 Glenwood Rd Tenafly, NJ 07670 | 7/17/1989 | 1 |
| Balsam, Steven | Katten Muchin Zavis Rosenman 575 Madison Ave New York, NY 10022 | 12/12/2001 | 2 |
| Baraban, Jennifer N. | 61 Irving Pl New York, NY 10003 | 11/13/2002 | 1 |
| Barad, Robert Mark | 2600 Netherland Ave Apt 1702 Riverdale, NY 10463 | 3/1/1999 | 1 |
| Barber, Florence Isabel | The George Balanchine Trust 20 Lincoln Center Plaza New York, NY 10023 | 6/5/1989 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Barletta, Orietta Patrizia | Stanford University, Stanford Law School Office of Career Services 559 Nathan Abbott Way Stanford, CA 94305 | 4/2/2001 | 1 |
| Barnett, Nona Jerrine | Baker & McKenzie 805 Third Avenue New York, NY 10022 | 9/8/1980 | 3 |
| Barney, Darwin Yoo-Sang | 163 Darwin Ln North Brunswick, NJ 08902 | 10/30/2003 | 1 |
| Baronoff, David Michael | Latham & Watkins LLP 885 3rd Ave New York, NY 10022 | 3/21/2003 | 1 |
| Barrett, Donal B. | Barrett & Crittenden 65 William St Wellesley, MA 02181 | 6/27/1966 | 1 |
| Barrett, Karen Leslie | 16 Saint Marks Pl Apt 3A New York, NY 10003 | 10/15/2001 | 1 |
| Bartolucci, Ronald Albert | United States Postal Services 380 W 33rd St Rm 4516 New York, NY 10199 | 10/22/1979 | 1 |
| Batchelder, Stephanie Dawn | Shearman & Sterling 599 Lexington Ave New York, NY 10022 | 3/3/2003 | 1 |
| Battin, Michael Prior | C/O The Rockefeller Foundation 420 5th Ave New York, NY 10018 | 2/3/1997 | 1 |
| Baturenko-Banovich, Nina | Trubond Limited 1st Tverskaya-Yamskaya St., 5 Moscow, Russia | 10/27/1997 | 1 |
| Baum, Meredith Gale | Eastern Bas and Paper Co 459 Iranistan Ave Bridgeport, CT 06601 | 6/11/1976 | 1 |
| Bausbacher, Mary Patricia | New York County District Attorney 1 Hogan Pl Rm 704 New York, NY 10013 | 7/25/1988 | 1 |
| Bayliss, Malcolm Briggs | 117 East 95th Street New York, NY 10128 | 6/22/1961 | 2 |
| Bazemore, Meredith Maile | Kramer Levin Naftalis & Frankel LLP 919 3rd Ave New York, NY 10022 | 11/21/2003 | 1 |
| Beattie, Kevin Moore | CBS News 68 Knightsbridge Sw1x7ll London, England | 4/13/1970 | 1 |
| Beck, Charles Edward | CT Engineering Corp 80 N Gordon St Elk Grove, IL 60007 | 6/16/1980 | 1 |
| Becker, Judith Sarah | 360 Central Park West Apt 9H New York, NY 10025 | 2/3/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Becker, Marshall Morrie | Marshall M Becker C/O Frst Equity Capital Securities Inc 1776 Broadway Ste 1403 New York, NY 10019 | 1/22/1990 | 1 |
| Beckman, Marc Jonathan | Gotham Park Enterprises 34 W 33rd St Rm 1208 New York, NY 10001 | 11/12/1997 | 2 |
| Beckman, Michael Bruno | Debevoise & Plimpton 919 3rd Ave New York, NY 10022 | 12/11/2002 | 2 |
| Bedford, Cheryl Ann | 251 W 74th St Apt 2d New York, NY 10023 | 6/22/1999 | 3 |
| Beers, Caroline L. | St. John & Wayne LLC 2 Penn Plaza Newark, NJ 07105 | 1/13/1992 | 1 |
| Behar, Adam S T | ADP 2 Journal Square Plz Jersey City, NJ 07306 | 6/19/1989 | 1 |
| Bekele, Aida Esther | Office of Strategic Partnerships NYC Dept. of Education 52 Chambers St Rm 305 New York, NY 10007 | 5/18/1998 | 1 |
| Belair, David Robert | London Fischer LLP 59 Maiden Ln New York, NY 10038 | 6/26/2002 | 2 |
| Belas, Richard Stephen | Davis & Harman LLP 1455 Pennsylvania Avenue NW Suite 1200 Washington, DC 20004 | 3/25/1974 | 1 |
| Belger, Amy | Vintage Legal LLC 14 Wall St Fl 20th New York, NY 10005 | 1/10/1994 | 1 |
| Belinfanti, Gregory Amilcar | Lehman Brothers Inc 3 World Financial Ctr New York, NY 10285 | 12/11/2002 | 2 |
| Beltran, Ilsa | 115 Broadway Fl 3rd New York, NY 10006 | 1/9/1991 | 2 |
| Belville, Ryan William | 97 5th Ave Apt 8C New York, NY 10003 | 8/7/2003 | 1 |
| Ben, Michael | Latham & Watkins 885 3rd Ave New York, NY 10022 | 7/30/2001 | 1 |
| Bender, Orith | M Ben-Dor Diamonds, Inc 589 Fifth Ave New York, NY 10017 | 4/11/1983 | 1 |
| Benenson, Amy Roberta | 445 Park Ave New York, NY 10022 | 12/2/1985 | 1 |
| Benet, Dominique Marie | Accenture 55 Avenue George V Paris, 75008 France | 6/16/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Benfatto, Robert John | NYC Council 250 Broadway Rm 1759 New York, NY 10007 | 5/5/1993 | 2 |
| Benisch, Robert G. | Berman Paley Goldstein et al 500 5th Ave New York, NY 10036 | 12/16/1963 | 1 |
| Bennett, Daniel Herbert | Sullivan & Cromwell LLP 125 Broad St New York, NY 10004 | 3/21/2003 | 1 |
| Bennett, Elizabeth Marie | Administration for Children and Families 26 Federal Plaza Room 41-14 New York, NY 10278 | 6/7/1995 | 2 |
| Berard, Lorella | Weil, Gotshal & Manges 767 5th Ave New York, NY 10153 | 7/29/2002 | 1 |
| Beres, Angelique | Angelique Beres Esq. 29 Rue De Tournon 75006 Paris, France | 1/22/1990 | 1 |
| Berg, Adriane Gilda | 1549 Springfield Ave Maplewood, NJ 07040 | 2/14/1972 | 1 |
| Berg, Marcy A. | 1080 5th Ave Apt 7A New York, NY 10128 | 1/12/1989 | 4 |
| Berger, Esther | Administration for Children's Services 220 Church St Fl 6 New York, NY 10013 | 1/14/1987 | 2 |
| Berger, Stephen W. | Stephen W Berger-Law Offices 1813 East Dyer Road, Suite 401 Santa Ana, CA 92705 | 3/5/1973 | 1 |
| Berkovich, Olga | Conoco International Petroleum Company Gasheva Str, 7 Office 4000 Moscow 123056, Russia | 5/16/2000 | 1 |
| Berkowitz, Adam Carl | Creative Artists Agency 9830 Wilshire Blvd Beverly Hills, CA 90212 | 6/4/1990 | 1 |
| Bernstein, David Stephen | David Bernstein Esq 4697 Rancho Sierra Bend San Diego, CA 92130 | 2/11/1971 | 1 |
| Bernstein, Stephen R. | GE Energy Rentals, Inc. 1251 Avenue of the Americas Fl 7 H New York, NY 10020 | 7/12/1993 | 1 |
| Berson, Neil Maurice | New York Stock Exchange Inc., Division of Market Surveillance 20 Broad St New York, NY 10005 | 10/16/1970 | 2 |
| Bertenthal, Philip Jay | Contra Costa Legal Serv Foundation 1017 MacDonald Ave Po Box 2289 Richmond, CA 94802 | 3/5/1973 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Betz, Karl Erik | 3206 Park Avenue<br>Richmond, VA 23221 | 5/13/2002 | 1 |
| Bhandari, Geeta | 2442 W. Rosemont Ave. Apt #2N<br>Chicago, IL 60659 | 6/4/2002 | 1 |
| Bhatia, Veenita | Katalyst LLC<br>1200 River Road, Suite 1302<br>Conshohocken, PA 19428 | 10/11/1995 | 1 |
| Bickwit, Leonard | Miller & Chevalier Chartered<br>655 15th Street NW<br>Washington, DC 20005 | 3/27/1967 | 1 |
| Bienfait, Susan C. | Zanvoorterweg 3<br>Aerdenhout 2111- GN, Netherlands | 6/5/1989 | 1 |
| Bilenker, Noah Todd | Zamir Equities<br>587 5th Ave Fl 4th<br>New York, NY 10017 | 7/18/2003 | 1 |
| Binowski, Wayne | Golden, Rothschild, Spagnola, Lundell,<br>Levitt & Boylan, P.C.<br>1011 Route 22 Ste 300<br>Bridgewater, NJ 08807 | 11/21/2003 | 1 |
| Bisgaard, Christopher Philip | White Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | 1/13/2003 | 1 |
| Bitman, Douglas Blake | Douglas Blake Bitman<br>149 Naples Rd<br>165 State St<br>Brookline, MA 02146 | 6/28/1978 | 1 |
| Bitterman, Jeri Sue | State of NJ County of Passaic<br>71 Hamilton Street<br>Paterson, NJ 07505 | 4/14/1986 | 1 |
| Black, Robert Nathaniel | Goldman, Sachs & Co.<br>85 Broad St<br>New York, NY 10004 | 3/21/2003 | 1 |
| Blaney, Karen Elizabeth | Deloitte & Touche LLP<br>2 World Financial Center<br>8th Floor<br>New York, NY 10281 | 10/18/1993 | 1 |
| Blank, Jonathan | Law Offices of Jonathan Blank<br>342 E 78th St Apt 2R<br>New York, NY 10021 | 2/22/1971 | 1 |
| Blank, Mitchell | Blank Textiles Inc<br>350 5th Ave<br>Suite 2924<br>New York, NY 10118 | 9/28/1987 | 1 |
| Blau, Michelle Aimee | McCarter & English, LLP<br>100 Mulberry St<br>Newark, NJ 07102 | 10/30/2003 | 1 |
| Bloom, Elana Carrie | Okin Hollander & DeLuca<br>1 Parker Plz<br>Fort Lee, NJ 07024 | 2/4/1991 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Bloom, Ellen J. | American Express 200 Vesey St New York, NY 10285 | 9/20/1993 | 1 |
| Bloom, Matthew Seth | Skadden, Arps, Slate, Meagher & Flom LLP 4 Times Sq New York, NY 10036 | 7/18/2003 | 1 |
| Bloom, Tammy Elyse | HBO/TVKO 1100 Avenue of the Americas New York, NY 10036 | 2/1/1993 | 1 |
| Blount, Elissa J. | Sesame Workshop 1 Lincoln Plz New York, NY 10023 | 4/26/1995 | 2 |
| Bochner, Ricci | Bochner Ricci 43 Golf Oval Springfield, NJ 07081 | 10/27/1980 | 1 |
| Bochner, Stuart B. | Bochner Family Limited Partnership 1549 Springfield Ave Maplewood, NJ 07040 | 2/14/1972 | 1 |
| Bodell, Gerald | Law Office of Gerald E. Bodell 1 Bradley St Westport, CT 06880 | 12/12/1958 | 1 |
| Boin, Alessandra M.Z. | Cleary, Gottlieb, Steen & Hamilton 1 Liberty Plz New York, NY 10006 | 3/4/2002 | 1 |
| Bollinger, Carey Jean | Wilmer Cutler Pickering Hale & Dorr LLP 2445 M. St. N.W. Washington, DC 20037 | 11/18/2003 | 1 |
| Bolton, Barbara Etta | 25 Warrender Pk. Rd Flat 3f2 Edinburgh Eh9 1hj Scotland, United Kingdom | 11/13/2000 | 1 |
| Bolton-Smith, Carlile | 7110 Arran Place Bethesda, MD 20817 | 12/12/1966 | 1 |
| Bonchonsky, Michael P. | Dewling Associates, Inc. 1605 Vauxhall Rd Union, NJ 07083 | 3/13/1978 | 1 |
| Bonfils, Patricia | Ughi E Nunziante Via XX Settembre, 1 00197 Roma, Italy | 9/21/1992 | 1 |
| Boniaszczuk, Wojciech Przemyslaw | Hawkins Delafield & Wood 67 Wall St Fl 12th New York, NY 10005 | 2/23/1999 | 3 |
| Boos, Matthew T. | Fredrickson & Byron, P.A. 200 South Sixth Street Minneapolis, MN 55402 | 2/3/2003 | 1 |
| Botev, Ryan I. | 865 1st Ave # 13C New York, NY 10017 | 1/22/1996 | 1 |
| Bouslama, Lotfi | 301 E 22nd St Apt 7B New York, NY 10010 | 6/11/2001 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Boutel, Adrian Edward Trevor | 203 W 90th St Apt PHC New York, NY 10024 | 6/29/1999 | 1 |
| Boylan, Rae Gregory | Bear Stearns & Co Incorporated 383 Madison Ave New York, NY 10179 | 6/19/1978 | 1 |
| Branch, Kathryn Helen | Branch's Chapel Hill Bookshop 243 S. Elliott Rd Chapel Hill, NC 27514 | 2/6/1995 | 1 |
| Breger, David Stuart | Breger Gorin & Leuzzi 400 Park Ave New York, NY 10022 | 10/3/1988 | 1 |
| Brell, Werner | MTV Networks, International Development Law and Business Affairs 1515 Broadway New York, NY 10036 | 4/14/1997 | 1 |
| Brender, Sharon Hecht | B.H.A. Inc. 729 E 147th St Ste 1 Bronx, NY 10455 | 3/1/1982 | 1 |
| Brennan, John Thomas | The Law Offices of John T. Brennan, P.C. 26 Court Street, Suite 710 Brooklyn, NY 11242 | 4/25/1990 | 2 |
| Brenner, Paul David | US Equal Employment Opportunity Commission 2401 E St NW Washington, DC 20506 | 6/8/1976 | 1 |
| Bresenham, David Floyd | Akin Gump Strauss Hauer & Feld L.L.P. 2029 Century Park East Suite 2400 Los Angeles, CA 90067 | 11/18/1997 | 1 |
| Breslow, James | MBank Facilities Corp PO Box 225415 Dallas, TX 75265 | 2/9/1976 | 1 |
| Bressler, Cynthia L. | Tanner Gilbert Propp & Sterner 99 Park Avenue 25th Floor New York, NY 10016 | 6/2/1986 | 1 |
| Brew, Richard Damian | Marsh USA Inc. 1166 Avenue of the Americas 38th Floor New York, NY 10036 | 5/8/1989 | 1 |
| Brewer, Dina Taylor | 155 Sloane Street Flat 6 London Sw1x 9ab, England | 10/31/1994 | 1 |
| Brewster, Elizabeth Ann | Blume, Goldfaden, Berkowitz, Donnelly Fried & Forte 1 Main Street Chatham, NJ 07928 | 7/6/1987 | 1 |
| Brillson, Paula | Paula Brillson Esq 160 Front St Apt 6H New York, NY 10038 | 3/3/1993 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Brinton, Christine | Ropes & Gray 45 Rockefeller Plz New York, NY 10111 | 7/18/2003 | 1 |
| Briscoe, Harold Paul | Harold Briscoe 1015 Gerard Ave Apt 5C Bronx, NY 10452 | 3/6/1974 | 2 |
| Brisman, Minna E. | 245 E 63rd St Apt 402 New York, NY 10021 | 3/5/1984 | 1 |
| Britvan, Lawrence Paul | Brown Raysman Millstein Felder & Steiner 900 3rd Ave New York, NY 10022 | 9/18/2000 | 1 |
| Brodsky, Hope G. | Newmark Real Estate of NJ LLC 301 Route 17 Rutherford, NJ 07070 | 8/28/1989 | 1 |
| Brooker, Marion Delphine | Skadden, Arps, Slate, Meagher & Flom LLP 4 Times Sq New York, NY 10036 | 1/14/2002 | 1 |
| Brooks, David Michael | Superiority Inc 5 E 16th St New York, NY 10003 | 7/13/1983 | 2 |
| Brosnan, Timothy Joseph | Major League Baseball 245 Park Avenue New York, NY 10167 | 4/15/1985 | 1 |
| Brown, Alexia Elizabeth | Stellcom, Inc. 12670 High Bluff Dr. San Diego, CA 92130 | 6/6/1994 | 1 |
| Brown, Mark Stephen | Pricewaterhousecoopers LLP 1177 Avenue of the Americas Fl 4 H New York, NY 10036 | 7/10/2000 | 1 |
| Brown, Naomi Leslie | Getman Stacey Tamposi Schulthess & Steere P.A. 163 South River Road Bedford, NH 03110 | 3/22/1993 | 1 |
| Brown, Robert Franklin | R Franklin Brown 401 Broadway Ste 300 New York, NY 10013 | 4/12/1958 | 2 |
| Brown, Stacy Victoria | Deutsche Financial Services Inc. 655 Maryville Center Drive St Louis, MO 63141 | 9/18/1995 | 1 |
| Brown, Stephen Leneld | Wilmer Cutler Pickering Hale & Dorr LLP 399 Park Ave New York, NY 10022 | 4/23/2001 | 1 |
| Brown, Suzanne D. | 52 Headley Place Maplewood, NJ 07040 | 3/20/1995 | 1 |
| Bruck, Matthew Harlan | McDuff Capital 405 Lexington Ave New York, NY 10174 | 3/1/1994 | 3 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Brudno, Barbara | Barbara Brudno 8380 Waring Avenue, Suite 204 Los Angeles, CA 90069 | 12/1/1980 | 1 |
| Bula-Duane, Malgorzata | Latham & Watkins 885 3rd Ave Ste 1000 New York, NY 10022 | 6/17/1996 | 1 |
| Burnham, Lauren Zachary | Morris Manning & Martin L.L.P. 1600 Atlanta Financial Center 3343 Peachtree Road NE Atlanta, GA 30326 | 5/4/1992 | 1 |
| Burstein, Stephen L. | Foley Smit O'Boyle & Weisman 217 Broadway Rm 707 New York, NY 10007 | 2/27/1978 | 1 |
| Burton, Elise Marie | Elise M Burton Esq. 520 Fifth Street Castle Rock, CO 80104 | 8/27/1990 | 1 |
| Burton, John Douglas | 4 Main Street East Kingston, NH 03827 | 11/25/1991 | 1 |
| Bustard, John W. | Ferrell, Schultz 201 So. Biscayne Blvd., 34th Floor Miami Center Miami, FL 33131 | 7/24/2000 | 1 |
| Butler, John Matthew | Emmet Marvin & Martin LLP 120 Broadway New York, NY 10271 | 6/2/1997 | 1 |
| Butterworth, Thomas Charles | 63 Bluff Ave Norwalk, CT 06853 | 3/13/1978 | 1 |
| Bychkov, Alexander A. | Baker & McKenzie 7 Dolgorukouskaya St. 11floor Moscow 103006, Russia | 1/7/2003 | 1 |
| Bynum, Elizabeth Garrett | 1189 Old Oak Drive San Jose, CA 95120 | 8/4/1997 | 1 |
| Caddell, Grace Kim | White & Case LLP 1155 Avenue of the Americas New York, NY 10036 | 7/29/2002 | 1 |
| Cahilly, Jason Glen | Goldman Sachs & Co. 85 Broad St New York, NY 10004 | 6/3/1996 | 1 |
| Cahn, Lauren S. | 875 3rd Ave New York, NY 10022 | 7/22/1991 | 1 |
| Calafell, Alberto Luis | Weil, Gotshal & Manges LLP 767 5th Ave New York, NY 10153 | 6/19/1989 | 1 |
| Callan, Erin M. | Lehman Brothers 745 7th Ave New York, NY 10019 | 2/4/1991 | 1 |
| Calvin, Claire Diana | Latham & Watkins 885 3rd Ave New York, NY 10022 | 2/27/2003 | 3 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Cameron, Florence Frances | 6025 Willowcrest Avenue North Hollywood, CA 91606 | 4/7/1987 | 1 |
| Campbell, Jean Ray | Kiernan & Campbell 206 Claremont Ave Montclair, NJ 07042 | 7/26/1982 | 1 |
| Campbell, Robert Alexander | Downs Rd 6A Madison, NH 03849 | 11/4/1985 | 1 |
| Cannella, Philip M. | Leucadia National Corp. 315 Park Ave S New York, NY 10010 | 3/13/1996 | 2 |
| Cantlin, Richard Anthony | Miller Nash et al 111 SW Fifth Ave Portland, OR 97204 | 3/5/1973 | 1 |
| Cantor, Adam S. | Lowenstein Sandler, P.C. 65 Livingston Ave Roseland, NJ 07068 | 2/3/2003 | 1 |
| Capelle, Anne Frances | 156 W 77th St Apt 4A New York, NY 10024 | 7/30/2001 | 1 |
| Caplan, Jessica Hilary | 6D Babington Path, Floor 3 Hong Kong, Hong Kong | 10/29/2001 | 1 |
| Caratzola, Frank Anthony | Ernst & Young 787 7th Ave 22nd Floor New York, NY 10019 | 5/27/1987 | 2 |
| Carbone, John | KPMG LLP 345 Park Ave New York, NY 10154 | 1/11/1993 | 1 |
| Carbone, Mellissa Cara | McAloon & Friedman, P.C. 116 John St New York, NY 10038 | 9/23/2002 | 1 |
| Cardone, Lucia Angela | 2677 Larkin St, #202 San Francisco, CA 94109 | 3/6/1995 | 1 |
| Carino, Joseph Carmelo | NYC Law Dept Office of Corps Counsel 100 Church St New York, NY 10007 | 1/7/2003 | 1 |
| Carlyle, Heather Suzanne | Marvlli & Associates PC 115 Broadway New York, NY 10006 | 11/20/2000 | 1 |
| Carmack, Curtis Fletcher | Multex.com, Inc. 100 William St Fl 7th New York, NY 10038 | 11/29/1990 | 3 |
| Carpenter, Jeffrey Andrew | Proskauer Rose LLP 1585 Broadway New York, NY 10036 | 7/12/1999 | 1 |
| Carreras, Jean-Francois | Sokolow, Dunaud, Mercadier & Carreras LLP 770 Lexington Ave Fl 6 New York, NY 10021 | 4/15/1991 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------|------|------|
| Carrero, Leslie D. | Samuel Hirsch 350 5th Ave Ste 2418 New York, NY 10118 | 5/12/1997 | 1 |
| Carroll, Brigid | Davies Roberts Reid & Wacker 201 Elliott Ave West Suite 500 Seattle, WA 98119 | 5/4/1981 | 1 |
| Carroll, Sidney B. | 351 E 84th St New York, NY 10028 | 6/30/1972 | 1 |
| Carter, Jeanne Wilmot | Raoul Lionel Felder, P.C. 437 Madison Ave New York, NY 10022 | 7/6/1987 | 1 |
| Carver, Michael E. | Vintage Restoration & Construction, Inc. 8591 North Bayshore Dr. Miami, FL 33138 | 6/4/1984 | 1 |
| Caskey, Julie Ann | United States District Court, NDCA 450 Golden Gate Avenue San Francisco, CA 94102 | 2/1/1993 | 1 |
| Caspersen, Samuel Morris Westby | Sullivan & Cromwell 125 Broad St New York, NY 10004 | 4/22/2002 | 1 |
| Cassidy, James Joseph | Conecticut Valley Hospital PO Box 351 Psychiatric Ctr Comm Campus Pob1453 Middletown, CT 06457 | 6/1/1992 | 1 |
| Caulfield, Nadja Constance | 305 E 63rd St Apt 16A New York, NY 10021 | 11/19/2001 | 1 |
| Cavalcanti, Fabiano Robalinho | Av. Marechal Camara 271, 9 Andar Centro 20020-080 Rio De Janeiro, RJ, Brazil | 7/30/2001 | 1 |
| Cawthon, Henri Chevet | Dept. of Childern & Families 3001 W. Silver Spring Blvd. Ocala, FL 34475 | 8/7/1995 | 1 |
| Centeno, Raquel | Office of the Legal Advocate 411 North Central Avenue Suite 900 Phoenix, AZ 85004 | 4/12/1999 | 1 |
| Chalphin, Gerald | Spector Gadon & Rosen P.C. 1635 Market St. 7th Fl. Seven Penn Center Philadelphia, PA 19103 | 1/26/1976 | 1 |
| Chambers, Marc Alain Rene | Davis Polk & Wardwell 450 Lexington Ave New York, NY 10017 | 6/9/1998 | 1 |
| Chan, Lucia K. | Stroock & Stroock & Lavan 7 Hanover Sq New York, NY 10004 | 11/15/1989 | 2 |
| Chang, Edward Chul-Ho | Ernst & Young LLP 5 Times Sq New York, NY 10036 | 4/10/2003 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Chang, Heidi | McMahon, Martine & Gallagher 90 Broad St Fl 14 New York, NY 10004 | 2/5/2001 | 1 |
| Chang, Pari | Pari Chang, Esq 336 E 53rd St Fl 5th New York, NY 10022 | 6/11/2001 | 1 |
| Chang, Winston Wah | Standard & Poors 55 Water St Fl 40th New York, NY 10041 | 3/22/1999 | 1 |
| Chapman, Warren Thomas | Lee and Hi Three Embarcadero Center Suite 1640 San Francisco, CA 94111 | 1/28/1974 | 1 |
| Chapnick, Deborah Anne | Microsoft 1065 La Avenida Mountain View, CA 94043 | 6/14/1993 | 1 |
| Charnas, Stephen | Sutin Thayer & Browne 600 First Plaza Albuquerque, NM 87103 | 6/20/1960 | 1 |
| Chartouni, Christine | Marathon Asset Management 461 5th Ave New York, NY 10017 | 11/21/2003 | 1 |
| Chasin, Dana James | Societe Generale 1221 Avenue of the Americas 11th Floor New York, NY 10020 | 12/4/1989 | 1 |
| Chen, Tako | 424 W End Ave Apt 16E New York, NY 10024 | 9/12/1984 | 2 |
| Chenfeld, Cliff Brodsky | Razort Tie Music Corp. 219 Sullivan St Ste 4A New York, NY 10012 | 7/30/1986 | 2 |
| Cheng, Andrew W. | Gibson, Dunn & Crutcher, LLP 333 South Grand Avenue Los Angeles, CA 90071 | 4/2/2001 | 1 |
| Cherebin, Phyllis S. | Legal Aid Society Criminal Defense Division 1020 Grand Concourse Bronx, NY 10451 | 11/2/1987 | 1 |
| Chevance, Vincent | Paribas 10 Harewood Avenue London, England | 2/23/1999 | 1 |
| Chia, Jessica | 15 Warren St Apt 415 Jersey City, NJ 07302 | 1/1/1998 | 1 |
| Chiang, Stephen S. | Screen Byte, Inc. 245 W 104th St Apt 6C New York, NY 10025 | 1/13/2003 | 1 |
| Chodos, Sergio Mariano | Bruchov Fernandez, Madero A Lombardi Ing. Butty 275, 12th Floor Buenos Aires (c1001afa) Argentina, Out of United States | 5/3/1999 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Choe, Leona S | Cravath, Swaine & Moore LLP 825 8th Ave New York, NY 10019 | 9/17/2001 | 1 |
| Choi, Kevin Woo-Hyuk | Weil, Gotshal & Manges LLP 767 5th Ave New York, NY 10153 | 7/2/2001 | 1 |
| Chostaka, Ilan | Rubin Baum, LLP 30 Rockefeller Plz New York, NY 10112 | 7/12/1999 | 1 |
| Chou, Wen-Ching | Russin & Vecchi 9F, 205 North Tun Hwa Rd. Taipei, Taiwan | 5/1/2000 | 1 |
| Chow, Colin Kuo-Lung | 55 Greenwich Ave Apt 3 New York, NY 10014 | 10/30/2003 | 1 |
| Choy, Victoria C. | International Finance Corporation 2121 Pennsylvania Ave NW Washington, DC 20433 | 6/1/1987 | 1 |
| Christensen, Kenneth G. | King County Superior Court 3 James Seattle, WA 98115 | 4/7/1980 | 1 |
| Chritton, Valerie C. | Holland & Knight, LLP 50 North Laura Street, Suite 3900 Jacksonville, FL 32202 | 5/6/1985 | 1 |
| Chun, Benedict Wonduk | Heller Ehrman White & McAuliffe, LLP 601 S. Figueroa St Fl 40 Los Angeles, CA 90017 | 3/1/1999 | 1 |
| Chung, Henry Hessup | Henry H. Chung 160 W 66th St Apt 33B New York, NY 10023 | 8/5/1996 | 1 |
| Chung, Yee-Shuan | 2nd Fl., No 7, Alley 17 Lane 194, An Lo Rd Yun Ho, Taipei, Taiwan | 11/14/2001 | 1 |
| Ciarletta, Catherine Rose | Weil Gotshal & Manges LLP 767 5th Ave New York, NY 10153 | 9/17/2001 | 1 |
| Cimino, Andrew S. | Ruprecht, Hart & Weeks 360 Main St Millburn, NJ 07041 | 10/26/1999 | 1 |
| Ciszak, Nicole E. | Gibson, Dunn & Crutcher LLP 200 Park Ave New York, NY 10166 | 4/2/2001 | 1 |
| Clair, William F. | Hill, Betts & Nash LLP 99 Park Ave Fl 20 New York, NY 10016 | 3/7/1990 | 2 |
| Clark, Brent Rogers | Strategic Risk Svces 1601 Trapelo Rd Waltham, MA 02451 | 2/6/1995 | 1 |
| Clark, David Thomas | NGE Inc. 5 Avenue A New York, NY 10009 | 6/20/1995 | 3 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Clark, David M. | Heller Ehrman White & McAuliffe LLP 4350 La Jolla Village Drive 7th Fl. San Diego, CA 92122 | 6/3/1996 | 1 |
| Clark, Kathryn Mary | 41 Stony Brook Rd Weston, MA 02493 | 2/1/1993 | 1 |
| Clark, Rosemary | Chase Manhattan Trust & Co., N.A. Institutional Trust Services 1715 Aaron Brenner Dr., Suite 400 Memphis, TN 38120 | 8/7/1989 | 1 |
| Clarke, Jesse | Freshfields Bruckhaus Deringer 65 Fleet Street London Ec4y 1hs, United Kingdom | 12/11/2003 | 1 |
| Clasgens, Joseph H. | Brownson Rehmus & Foxworth 1550 El Camino Real # 200 Menlo Park, CA 94025 | 10/25/1983 | 1 |
| Clerissi, Vivienne M. | 7349 Fay Avenue La Jolla, CA 92037 | 3/22/1999 | 1 |
| Clisdell, Nicole | Unit 41 441 Alfred Street Neutral Bay, Nsw, 2089, Australia | 8/7/2003 | 1 |
| Clyde, H Michael | Brown & Bain Pa Post Office Box 400 Phoenix, AZ 85001 | 5/15/1978 | 1 |
| Clyne, Robert Cogan | Craig and Ells Esqs 28 W 44th St New York, NY 10036 | 3/27/1959 | 2 |
| Coale, Julia Bowers | Law Office of Julia Bowers Coale 219 Nassau St Princeton, NJ 08542 | 10/5/1976 | 1 |
| Coates, John Arthur | John A. Coates PO Box 700398 Tulsa, OK 74170 | 5/4/1987 | 1 |
| Coben, Craig Bradley | Deutsche Bank AG London 1 Great Winchester Street London Ec2n 2eq, United Kingdom | 11/1/1993 | 1 |
| Cochran, Hyoung Esther | Hughes & Luce LLP 1717 Main St. Ste. 2800 Dallas, TX 75201 | 7/14/1997 | 1 |
| Cogan, Donna T. | 520 Merion Ave Pine Beach, NJ 08741 | 7/25/1988 | 1 |
| Cohen, David Alan | 622 3rd Ave Fl 10th New York, NY 10017 | 8/6/1990 | 1 |
| Cohen, Elizabeth Schuler | 31672 Prairie Dunes Court Evergreen, CO 80439 | 7/20/1992 | 1 |
| Cohen, Harry Michael | Cohen Jayson & Foster 201 E Kennedy Blvd Suite 1000 Tampa, FL 33602 | 8/3/1998 | 1 |
| Cohen, Jennifer Michele | N.Y.C. Administration for Childrens Services 60 Lafayette St Rm 8K7 New York, NY 10013 | 3/13/1996 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------|------|------|
| Cohen, Nancy Oshinsky | Nancy Oshinsky Cohen 181 Hoover Dr Cresskill, NJ 07626 | 10/31/1983 | 1 |
| Cohen, Seth W. | Franklin Credit Management 6 Harrison St New York, NY 10013 | 5/11/1993 | 1 |
| Cohen, Sheri Ellen | Law Office of Sheri E. Cohen 2428 Lyric Avenue Los Angeles, CA 90027 | 10/22/1996 | 1 |
| Cohen, Steven Andrew | Anschutz Investment Company 555 17th St., Suite 2400 Denver, CO 80202 | 7/16/1990 | 1 |
| Coiquaud-Guerra, Martine | Christian Dior Couture 11 Bis Rue Francois 105 75008 Paris, France | 7/27/1987 | 1 |
| Collins, Edwin M. | Kirkland & Ellis 153 E 53rd St New York, NY 10022 | 4/2/2001 | 1 |
| Collins, Kristine Werkmeister | 16 Hudson St Apt 2E New York, NY 10013 | 2/26/2002 | 3 |
| Coltea, Gabriel Ciprian | Herzfeld & Rubin 40 Wall St New York, NY 10005 | 12/17/2001 | 1 |
| Columbus, Eric Randal | Wilmer Cutler Pickering Hale & Dorr LLP 2445 M Street N.W. Washington, DC 20037 | 1/7/2003 | 1 |
| Combs, Elaine J. | Gravath Swaine & Moore 825 8th Ave New York, NY 10019 | 2/1/1999 | 1 |
| Compton, Susan H. | Vermont Agency of Transportation National Life Bldg. Drawer 33 Montpelier, VT 05633 | 4/11/1983 | 1 |
| Connolly, Thomas A. | Thomas A Connolly 52 E 81st St Apt 4 New York, NY 10028 | 6/4/1990 | 1 |
| Connon, John Daniel | 71 Woodlawn Avenue West Toronto On M4v 1g6, Canada | 7/12/1999 | 1 |
| Connor, John Andrew | John A Connor Ph C 140 East 56th Street New York, NY 10022 | 5/23/1983 | 1 |
| Connors, Anna C. | Schulte Roth & Zabel 919 3rd Ave New York, NY 10022 | 9/17/2001 | 1 |
| Conroy, James Thomas | MacAndrews and Forbes Holdings Inc 35 E 62nd St New York, NY 10021 | 3/16/1981 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Considine, Michael John | Michael J Considine Attorney At Law 49 Main Street PO Box 378 Lee, MA 01238 | 3/19/1979 | 1 |
| Conte, Judith Ann | Alkon & Rhea 46 King Street Christiansted, Croix US St, 00820Virgin Islands | 2/23/1981 | 1 |
| Conway, John William | Continental Can Inter Corp Coburg House Sheet Street Windsor, Sl4 1bg Berkshire, England | 10/10/1972 | 1 |
| Coolidge, Nicholas J. | Nicholas J Coolidge Esq 3003 Van Ness Street NW Suite 909W Washington, DC 20008 | 6/20/1960 | 1 |
| Cooper, Alan K. | 16015 Glen Haven Dr Tampa, FL 33618 | 12/8/1986 | 1 |
| Cooper, Danielle Renee | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 10/6/1997 | 1 |
| Copeland, Sally Caroline | Sally C. Copeland Attorney At Law 309 Jacobs Hwy Clinton, SC 29325 | 8/22/1983 | 1 |
| Cornfeld, Leslie Ann | 1220 Park Ave Apt 16A New York, NY 10128 | 2/2/1987 | 1 |
| Cornish, Blake McLeod | Law Office of Blake M. Cornish 334 11th St SE Washington, DC 20003 | 11/1/1993 | 1 |
| Corsilles, Angela Malvas | Cellon, Inc. 2099 Gateway Place, Suite 340 San Jose, CA 94040 | 7/14/1997 | 1 |
| Corstens, Geert Willem Hubert | De Brauw Blackstone Westbroek Rue Brederode 13A 1000 Brussels, Belgium | 5/1/2000 | 1 |
| Costello, Gerard Joseph | C/O Credit Suisse First Boston Private Client Services 11 Madison Ave New York, NY 10010 | 12/11/1991 | 2 |
| Cotter, James Joseph | Winston & Strawn 200 Park Ave New York, NY 10166 | 10/26/1998 | 1 |
| Coudert, Mariebrigitte | Residence Aragon 1 Boulevard Aragon 64000 Pau, France | 2/6/1984 | 1 |
| Coupe, Anita Wetterstroem | 20 Ocean Avenue P.O. Box 322 Biddeford Pool, ME 04006 | 4/13/1992 | 1 |
| Covington, Anita F. | 21 Brynwood Lane Greenwich, CT 06831 | 4/11/1983 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cowan, Steven Jonas | Overseas Private Investment Corp. 1100 New York Ave. NW Washington, DC 20817 | 6/16/1986 | 1 |
| Cox, Thomas William | Cleary Gottlieb Steen & Hamilton LLP 1 Liberty Plz New York, NY 10006 | 7/27/1999 | 1 |
| Crabbe, Fred L. | Fred L Crabbe 46 W Clinton Ave Tenafly, NJ 07670 | 12/23/1968 | 1 |
| Craig, Geoffrey Laurence | Clifford Chance, LLP 200 Aldersgate Street London Ec1a 4jj, United Kingdom | 8/8/1994 | 1 |
| Cramer, Cathy Ann | 285 Central Park W Apt 6N New York, NY 10024 | 1/23/1989 | 1 |
| Cramer, James | Cramer, Berkowitz & Co. 100 Wall St Fl 8th New York, NY 10005 | 5/6/1985 | 1 |
| Crary, Leslie | Gordon & Rees 275 Battery Street, Suite 2000 San Francisco, CA 94111 | 6/1/1987 | 1 |
| Cravens, Robert Alexander | Trademark Counselors of America, P.C. 915 Broadway 19th Floor New York, NY 10010 | 8/12/1991 | 1 |
| Critchell, Peter L. | Hoguet Newman & Regal LLP 10 E 40th St New York, NY 10016 | 1/14/1991 | 1 |
| Critelli, Michael J. | Pitney Bowes Inc. One Elmcroft Road Stamford, CT 06926 | 11/8/1982 | 1 |
| Crocamo, Romilda Pia | Liberman & Nowak, LLP 350 5th Ave Ste 7412 New York, NY 10118 | 10/26/1999 | 3 |
| Cronk, Lisa Marie | The City of New York Law Department - Family Court Division 900 Sheridan Ave Flr. 6A14 Bronx, NY 10451 | 1/22/2001 | 1 |
| Crowe, David Paul | Aigts, Excess Casualty Claims 175 Water St 22nd Floor New York, NY 10038 | 2/4/2002 | 1 |
| Cucci, Vincent Eugene | 1585 Broadway Fl 5th New York, NY 10036 | 4/30/1997 | 2 |
| Cullum, Daniel Landon | 175 Bluxome St. Apt 330 San Francisco, CA 94107 | 6/3/1996 | 1 |
| Cunningham, Richard John | AT & T Communications Inc Legal Department Room 17-3262c2 295 North Maple Avenue Basking Ridge, NJ 07920 | 1/28/1974 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Cunningham, Stephen Patrick | 340 Birch St<br>Denver, CO 80220 | 2/5/1979 | 1 |
| Cutler, Barbara | 444 E 57th St Apt 3C<br>New York, NY 10022 | 10/22/1979 | 1 |
| Da Trindade-Asher, Elizabeth | Cronin & Vris<br>380 Madison Ave Fl 24th<br>New York, NY 10017 | 11/14/2001 | 1 |
| Dacosta Mendes, Artzingerbolton Isabella | J.P. Morgan Securities Ltd.<br>125 London Wall<br>London Ec2y 5aj, United Kingdom | 7/29/1997 | 1 |
| Dai, Zhiwen | Morrison & Foerster Hong Kong Office<br>30 Queen's Road, Central<br>21/F Entertainment Building<br>Hong Kong, China | 11/14/2001 | 1 |
| Daireaux, Santiago | Perez Alati, Grondona, Benites<br>Arnsten & Martinez De Hoz Chl<br>Suipacha 1111, 19th Floor<br>Buenos Aires, AR | 5/21/1996 | 1 |
| Daiuto, Ralph Anthony | R A D Holdings, LLC<br>60 W 23rd St Ste 1504<br>New York, NY 10010 | 3/3/1993 | 2 |
| Dalton, Edward Michael | Scotia Capital<br>1 Liberty Plz Fl 25th<br>New York, NY 10006 | 11/14/2001 | 2 |
| Daly, Francis Paul | Daly Dalton & Schermerhorn, P.C.<br>111 John St<br>New York, NY 10038 | 2/25/1976 | 2 |
| Dang, Hoa Duc | 286 Lenox Avenue<br>Apt # 401<br>Oakland, CA 94610 | 5/3/1999 | 1 |
| Daniels, Lawrence N. | Lawrence N Daniels Esq<br>85 E End Ave Apt 2M<br>New York, NY 10028 | 5/2/1983 | 1 |
| Daniere, Asha P. | Rogers Blue Jays Baseball Partnership<br>One Blue Jays Way, Suite 3200<br>Toronto Ontario Msv1j1, Canada | 12/7/1998 | 1 |
| Dannis, Tracy | Essex County Prosecutors Office<br>New Courts Bldg<br>Newark, NJ 07102 | 2/2/1998 | 1 |
| Danon, Leslie Ann | 7 E 14th St Apt 912<br>New York, NY 10003 | 1/31/2000 | 1 |
| David, Hilla Danielle | 7 Ahi Dakar St.<br>Hertzelia 46702, Israel | 7/10/2000 | 1 |
| David, Roy | 30 W 61st St Apt 21F<br>New York, NY 10023 | 7/24/2000 | 1 |
| Davidovich, Carla Jenny | White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036 | 3/23/1998 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Davidson, Iya | Ruder Finn<br>301 E 57th St<br>New York, NY 10022 | 12/11/2002 | 2 |
| Davis, Lauren Claire | NY County District Attorney's Office<br>1 Hogan Pl<br>New York, NY 10013 | 6/29/1999 | 1 |
| Davis, Tammy A. | FSM Supreme Court<br>P.O. Box PS-J<br>Palikir Station<br>Pohnpei Fm 96941, Micronesia | 6/2/1997 | 1 |
| Davis, Virginia E. | Virgina Davis Nordin<br>PO Box 316<br>Lyme, NH 03768 | 6/26/1961 | 1 |
| De Belen, Sarah Sophia Gardner | 240 Mercer St Apt 215<br>New York, NY 10012 | 12/11/2003 | 1 |
| De Bie, Bart J. | 55 Perry St Apt 1A<br>New York, NY 10014 | 1/10/2000 | 1 |
| De Geer, Stefan | Gernandt & Danielsson<br>Box 5747·<br>S-114 87 Stockholm, Sweden | 9/19/1983 | 1 |
| De Kimpe, Lien M. | Clifford Chance<br>Avenue Louise<br>B-1050 Brussels, Belgium | 11/21/2003 | 1 |
| De La Gorce, Marie-Christine Anne | Euro Disney Sla<br>R N 34<br>Chessy, 77777France | 1/9/2001 | 1 |
| DeFelice, Rudolph F. | 1585 Old Topanga Canyon Rd.<br>Topanga, CA 90290 | 6/1/1992 | 1 |
| Deitchman, Lauren Jill | N. Zaidens Co, Inc.<br>62 W 47th St Ste 1203<br>New York, NY 10036 | 2/28/1994 | 1 |
| Delis, Melissa Lynn | Querrey & Harrow<br>120 Broadway Ste 3660<br>New York, NY 10005 | 3/21/2003 | 1 |
| Denemark, Howard A. | Hyatt & Denemark, L.L.P.<br>1801 North Hampton Road, Suite 470<br>Desoto, TX 75115 | 9/29/1986 | 1 |
| Denkert, Darcie Adrianne | Metro Goldyn Mayer Inc<br>2500 Broadway<br>Santa Monica, CA 90404 | 1/31/1977 | 1 |
| Dequaine, Lester Joseph | 155 Brewster St Apt 4A<br>Bridgeport, CT 06605 | 6/23/1959 | 1 |
| Di Menza, Delphine | 7 Rue Des Defenseurs De Verdun<br>Nogent S/marne, 94130 France | 10/2/2001 | 1 |
| Diamond, Seth W. | Human Resources Administration<br>180 Water St Rm 2520<br>New York, NY 10038 | 6/5/1989 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Diaz, Robert | Bronx District Attorney 198 E 161st St Bronx, NY 10451 | 6/20/2001 | 2 |
| Dickstein, Paul L. | Health First, Inc. 555 W 57th St New York, NY 10019 | 12/23/1968 | 1 |
| Diecidue, Jeffrey Joseph | Unicom Capital Advisors Lll 120 W 45th St Fl 37th New York, NY 10036 | 6/4/1990 | 1 |
| Diggs, Derrick Clay | 761 Saint Nicholas Ave Apt 2R New York, NY 10031 | 6/20/2003 | 1 |
| Dimaria, Mark Robert | Dimaria & Dimaria, Esq. 36 Farview Ter # 95 Paramus, NJ 07652 | 3/21/1988 | 1 |
| Diquez, Daniel | Neher Von Siegmund Rengifo & Diquez Centro Gerencial Mohedano Ave Mohedano Piso 8 Ofc 8-D Lacastell Caracas, Venezuela | 2/1/1993 | 1 |
| Ditalia, Russell V. | Brown Raysman Millstein Felder & Steiner 900 3rd Ave New York, NY 10022 | 4/9/1979 | 1 |
| Dobin, Danielle | 225 W. 33rd St New York, NY 10024 | 2/27/2001 | 1 |
| Dodge, Robert Irving | U.S. Attorney's Office W.D. Michigan P.O. Box 208 Grand Rapids, MI 49501 | 5/2/1988 | 1 |
| Dodson, Jeffrey C. | Lexolution LLC 330 Madison Ave New York, NY 10017 | 3/25/1991 | 1 |
| Doherty, Dennis O. | Smith, Gambrell & Russell, LLP Promenade II, Suite 3100 1230 Peachtree St, N.E. Atlanta, GA 30309 | 6/10/1991 | 1 |
| Dolin, Scott Matthew | Waters & Kraus, LLP 3219 McKinney Ave. Suite 3000 Dallas, TX 75204 | 9/11/2003 | 1 |
| Dondy, Virginia M. | Overseas Private Investment Corporation 1100 New York Avenue, NW Washington, DC 20527 | 11/21/1977 | 1 |
| Donovan, Geraldine | Wyeth K.K. Hattori Bldg. 5th Flr. 1-10-3 Kyobashi, Chuo-Ku Tokyo 104-0031, Japan | 12/11/1995 | 1 |
| Donovan, Linda Carmel | Donovan & Giannuzzi LLP 261 Madison Ave Fl 22nd New York, NY 10016 | 6/23/1999 | 2 |
| Dooley, Danielle Dawn | Cadwalader, Wickersham & Taft 100 Maiden Ln New York, NY 10038 | 12/11/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Doran, Martin E. | Price Waterhouse Coopers LLP 1177 Avenue of the Americas New York, NY 10036 | 9/29/1986 | 1 |
| Downs, Frederick S. | Par Capital Management Suite 1600 One Financial Center Boston, MA 02111 | 2/2/1987 | 1 |
| Doyle, Christine Marie | Amnesty International 322 8th Ave New York, NY 10001 | 11/16/1998 | 1 |
| Doyle, Kristi Ann | Citigroup Global Markets, Inc. 111 Wall St Fl 11th New York, NY 10005 | 2/5/2001 | 1 |
| Dreher, Marie-Anne De Rosier | The Barnard College at Columbia University the Office of Development 3009 Broadway 115 Milbank Hall New York, NY 10027 | 9/15/1997 | 1 |
| Dreizen, Harry Ross | Harry R. Dreizen, Esq. 125 Park Ave New York, NY 10017 | 2/25/1987 | 2 |
| Drew, Thomas Joseph | Thomas J. Drew 830 Post Rd E Westport, CT 06880 | 6/17/1985 | 1 |
| Drucker, David Charles | Dickstein Shapiro Morin & Oshinsky, LLP 1177 Avenue of the Americas New York, NY 10036 | 5/7/2003 | 2 |
| Drucker, Todd Laurence | Law.com 153 Kearny St. San Francisco, CA 94109 | 4/20/1998 | 1 |
| Drummond, Jeffrey N. | 303 W 21st St New York, NY 10011 | 3/31/1981 | 3 |
| Dulger, Murat Engin | Deutsche Bank 31 W 52nd St New York, NY 10019 | 11/19/2001 | 1 |
| Dunne, Kerry E. | Cadwalader, Wickersham & Taft LLP 30 W 63rd St Apt 14W New York, NY 10023 | 12/11/2003 | 1 |
| Dupee, Michael | Goldman Sachs & Co. 85 Broad St Fl 27th New York, NY 10004 | 12/11/2003 | 1 |
| Dupuis, Jean-Baptiste | Wachtell Lipton Rosen & Katz 51 W 52nd St New York, NY 10019 | 8/11/1999 | 1 |
| Dzuban, Daniel Nicholas | Eecd. Com 30 Vandam St Ste 4A New York, NY 10013 | 1/25/2000 | 3 |
| Echaveste, Maria | Nveva Vista Group, LLC 1801 K. St, NW, Suite 10001 Washington, DC 20006 | 6/17/1985 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Echeruo, Ikechukwu Obinna | 230 Park Ave Rm 864 New York, NY 10169 | 1/19/1993 | 4 |
| Eckstut, Michael Daniel | Bryan Cave LLP 245 Park Ave New York, NY 10167 | 9/24/2002 | 3 |
| Edelman, Hal Michael | Lehman Brothers 745 7th Ave Fl 24th New York, NY 10019 | 1/18/1995 | 2 |
| Edmonds, Cornell Alfred | Presbytery of New York City 475 Riverside Dr Ste 240 New York, NY 10115 | 6/17/1985 | 1 |
| Edwards, Elizabeth Luann | Thacher Profitt & Wood 11 W 42nd St New York, NY 10036 | 10/29/2001 | 1 |
| Edwards, Lynette Thompson | 9427 S Nomal Chicago, IL 60620 | 4/10/1984 | 1 |
| Eggers, Richard M. | TIAA-CREF 730 3rd Ave New York, NY 10017 | 2/22/1977 | 4 |
| Eiseman, Kathryn Regina | Leboeuf, Lamb, Greene & MaCrae 125 W 55th St New York, NY 10019 | 3/7/2001 | 2 |
| Eisner, David Farrell | David Farrell Eisner 165 W End Ave New York, NY 10023 | 3/21/1983 | 1 |
| Eisner, William | 15816 Thistle Bridge Drive Rockville, MD 20853 | 12/12/1958 | 1 |
| Elkington, Benjamin Michael Gordon | Benjamin M G Elkington Esq 4 New Square Lincoln's Inn London, England | 3/20/1995 | 1 |
| Ellis, Joel M. | Joel M Ellis 500 5th Ave Fl 29th New York, NY 10036 | 4/29/1986 | 3 |
| Ellis, Joseph K. | 206 Millbrook Houston, TX 77024 | 11/21/1977 | 1 |
| Elsen, Susan Rachel | Fowlkes, Jacoby & Kaplan 246 Walnut St Newton, MA 02460 | 5/6/1985 | 1 |
| Elvers, Lauren Lynn | 111 W 24th St Apt 7F New York, NY 10011 | 8/5/1996 | 1 |
| Elwert, Margaret M. | Margaret Maria Elwert Esq 351 Broadway Fl 4th New York, NY 10013 | 5/30/1984 | 2 |
| Encarnacion, Benjamin Santos | Credit Sussie First Boston 1 Rafffles Link #03/#04-01 South Lobby Singapore 039393, Singapore | 8/16/1993 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Encarnacion, Rafael L. | Sycip Salazar Hernandez & Gatmaitan 105 Paseo De Roxas Manila 1200 Makati, Philippines | 6/17/1996 | 1 |
| Ensalaco, Carol A. | Carol A Ensalaco 349 North Windsor Blvd. Los Angeles, CA 90004 | 10/27/1997 | 1 |
| Eppert, Frank J. | U N 1 St Avenue & 42nd Street, S2194 New York, NY 10017 | 1/13/1988 | 2 |
| Epstein, Dena Elaine | Fox and Fox LLP 70 S Orange Ave Livingston, NJ 07039 | 1/13/1997 | 1 |
| Eron, Jonathan Alan | Jonathan Eron Kelly, McLaughlin & Foster, LLP 900 Haddon Ave Collingswood, NJ 08108 | 3/21/1983 | 1 |
| Ettelbrick, Paula | 336 Central Park W Apt 2C New York, NY 10025 | 5/2/1988 | 1 |
| Ettenger, Mark Douglas | Goldman Sachs & Co 85 Broad St New York, NY 10004 | 11/17/1982 | 2 |
| Ettus, Heather | 2612 Crest Avenue Cheverly, MD 20785 | 4/26/1993 | 1 |
| Evert, Nancy Louise | Dorsey & Whitney LLP 50 South 6th Street Suite 1500 Minneapolis, MN 55402 | 10/31/1994 | 1 |
| Ewing, Kristin Ann | 4101 Pepperwood Trail Minnetonka, MN 55305 | 4/26/1993 | 1 |
| Ewubare, Roland Onoriode | Schlumberger Limited 153 E 53rd St Fl 57th New York, NY 10022 | 10/6/1997 | 1 |
| Ezersky, Jane Ellen | Credit Suisse First Boston 11 Madison Avenue New York, NY 10010 | 9/19/1983 | 1 |
| Fabricant, Deborah | Boutwell Fay & Fabricant, LLP 1 Park Plaza Suite 600 Irvine, CA 92614 | 4/7/1980 | 1 |
| Fabrikant, Sheree Ilese | 703 John Barry Dr Bryn Mawr, PA 19010 | 5/8/1989 | 1 |
| Fahland, Christopher | 2600 Overland Ave., Apt 320 Los Angeles, CA 90064 | 10/31/1988 | 1 |
| Fahy, Mary Teresa | 31 Pondview Dr Allentown, NJ 08501 | 6/10/1991 | 1 |
| Faigin-Tepper, Einat | 800 2nd Ave New York, NY 10017 | 12/11/2003 | 1 |
| Fainsod, Miriam B. | 135 Newcomb Rd Tenafly, NJ 07670 | 3/26/1990 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Fallon, Peter Barry | Peter B. Ballon, Esq. 18 Gregory Ln Warren, NJ 07059 | 6/20/1979 | 1 |
| Fannon, Angela Leigh | Merrill Lynch 4 World Financial Ctr Fl 25 New York, NY 10080 | 5/3/1999 | 1 |
| Farhang, Sean | Outten & Golden LLP 3 Park Ave New York, NY 10016 | 10/7/1996 | 1 |
| Farid, Muna Ahmed | Paul, Weiss, Rifkind, Wharton & Garrison 12/F Hong Kong Club Building 3A Chater Road Hong Kong, China | 7/14/1997 | 1 |
| Farouki, Yacoub Tarek | Perry Capital 599 Lexington Ave New York, NY 10022 | 6/29/1999 | 1 |
| Farrell, Sharon Patricia | N.Y. State Banking Dept 1 State St New York, NY 10004 | 1/29/1997 | 2 |
| Farzin, Neda | One Columbus Place Apt. N 15C New York, NY 10019 | 6/25/2002 | 3 |
| Fass, Mark Daniel | 229 E 10th St Apt 4 New York, NY 10003 | 6/2/2000 | 1 |
| Fava, Ilaria | Freshfields Bruckhaus Deringer Plazza Montecido Res 115 Rome 00186, Italy | 5/8/2003 | 1 |
| Federman, Amy | Amy Federman 101 W 87th St Apt 5B New York, NY 10024 | 8/7/2003 | 1 |
| Feeny, Christopher Thomas | C/O Greeblatt Softness & Lesser 630 3rd Ave New York, NY 10017 | 11/4/1992 | 2 |
| Feichtner, Isabel | Kolmarerstr. 6 10405 Berlin, Germany | 6/11/2001 | 1 |
| Feigenbaum, Robert Hillel | Cohn, Birnbaum & Shea, P.C. 67 Wall St Ste 2411 New York, NY 10005 | 3/21/2000 | 3 |
| Feiner, Stuart Franklin | Inco Ltd 145 King St West Toronto Ontario, Canada | 10/7/1974 | 1 |
| Feinman, Barbara Ellen | 310 W 80th St Apt 4D New York, NY 10024 | 9/16/1992 | 2 |
| Feldhahn, Jeffrey Mark | Worldzone, Inc. 303 Research Dr, Suite 200 Norcross, GA 30092 | 11/21/1994 | 1 |
| Feldheim, Richard M. | Richard M Feldheim 6211 E Arabian Way Paradise Valley, AZ 85253 | 2/11/1969 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Feldman, David Michael | Jones Hirsch Connors & Bull P.C. 1 Dag Hammarskjold Plz New York, NY 10017 | 8/5/1996 | 1 |
| Feliciano, Maria Soledad | 154 Fox Chase Rd Chester, NJ 07930 | 7/1/1991 | 1 |
| Felt, James Stephen | Purrington Moody LLP 301 N. Elm St. Greensboro, NC 27401 | 7/26/1993 | 1 |
| Ferguson, Laura Marie | U.S. Bancorp 601 2nd Ave South Minneapolis, MN 55402 | 6/19/1995 | 1 |
| Ferguson, Susan Copeland | Hunton & Williams 200 Park Ave 43rd Fl New York, NY 10166 | 7/13/1998 | 1 |
| Feron, David Lawrence | Cooley Godward 4401 Eastgate Mall San Diego, CA 92121 | 11/16/1999 | 1 |
| Fershing, Albert E. | Albert E Fershing 350 Fifth Ave Suite 3304 New York, NY 10018 | 2/15/1983 | 3 |
| Feuer, Michael Seth | 50 Broadway Ste 806 New York, NY 10004 | 12/4/1989 | 1 |
| Fichera, Salvatore Anthony | Kaplan Gottbetter & Levenson, LLP 630 3rd Ave Fl 5th New York, NY 10017 | 7/26/2000 | 2 |
| Field, Brett C. | American International Group 175 Water St Fl 5th New York, NY 10038 | 6/26/2002 | 2 |
| Fielding, Brian Michael | Audible Inc. 65 Willowbrook Blvd Fl 3rd Wayne, NJ 07470 | 9/19/1983 | 1 |
| Fierro, Michael Robert | The Prudential Insurance Company of America 1114 Avenue of the Americas Fl 30th New York, NY 10036 | 7/25/2001 | 2 |
| Fink, Christopher | Merrill Lynch & Co. 4 World Financial Center 9th Fl New York, NY 10080 | 7/8/1985 | 1 |
| Finneran, Michelle Lynne | Fish & Neave 525 University Avenue Palo Alto, CA 94301 | 8/4/1997 | 1 |
| Fino, Laura Elizabeth | American Federation of Arts 41 E 65th St New York, NY 10021 | 11/24/1997 | 1 |
| Fischer, A Robert | Jackson Lewis LLP 177 Broad St Stamford, CT 06901 | 11/5/1984 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Fischer, Keren | Weil, Gotshal & Manges LLP 767 5th Ave New York, NY 10153 | 8/7/2003 | 1 |
| Fischetti, Anthony Thomas | Brunswick School 1252 King St Greenwich, CT 06831 | 1/23/1989 | 1 |
| Fisher, Celia Driscoll | 10655 Carrara Cove Alpharetta, GA 30022 | 12/3/1990 | 1 |
| Fitzgerald, Patrick Kearney | Recycle Bank, LLC 1800 John F Kennedy Blvd Philadelphia, PA 19103 | 10/7/2002 | 1 |
| Flack, Peter Hamilton | Frm Strategies (p) Ltd P.O. Box 850 Rivonia 2128, South Africa | 9/30/1983 | 1 |
| Flaim, Robert Anthony | FBI 601 4th Street NW Washington, DC 20535 | 11/9/1992 | 1 |
| Flakowitz, Pamela Ellen | American Express 200 Vesey St New York, NY 10285 | 6/17/1996 | 1 |
| Flame, Lana S. | Lana S Flame Esq 10 W 15th St Apt 1217 New York, NY 10011 | 3/16/1981 | 1 |
| Flanagan, Anthony E. | 4700 Falls of Neuse Rd. Suite 340 Raleigh, NC 27609 | 7/17/1989 | 1 |
| Flasterstein, Alexander | 3635 Johnson Ave Apt 1D Bronx, NY 10463 | 5/23/1938 | 1 |
| Flavin, Mark Charles | Carter Ledyard & Milburn 2 Wall St New York, NY 10005 | 5/22/1978 | 3 |
| Fleischer, Victor Everett | Columbia School of Law 435 W 116th St New York, NY 10027 | 7/17/1997 | 4 |
| Fleming, Joseph Michael | Watterson Hyland & Fleming, Pa 4100 RCA Blvd Palm Beach Gardens, FL 33410 | 6/25/1973 | 1 |
| Fogarty, Richard Roe | Kroll Associates 1200 Brickell Avenue, 20th Floor Miami, FL 33131 | 8/11/1999 | 1 |
| Folami, Akilah Njeri | Morrison & Foerster, LLP 1290 Avenue of the Americas New York, NY 10104 | 10/6/1997 | 1 |
| Ford, John K. | John K. Ford 106 Rowayton Woods Dr. Norwalk, CT 06854 | 7/7/1981 | 1 |
| Ford, Susan Carol | AXA Financial 1290 Avenue of the Americas Fl 14th New York, NY 10104 | 6/2/1982 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Forester, Lynn Ann | Cellufone Corporation 600 Madison Avenue New York, NY 10022 | 10/4/1982 | 1 |
| Forman, David Adam | Fidelity Investments 82 Devonshire St Boston, MA 02109 | 3/5/1990 | 1 |
| Fornes-Llaras, Marta | C/ Borrell I Soler 8 3-1 Barcelona 08034, Spain | 11/1/1999 | 1 |
| Foscue, April Love | Flat 402 Zinc House 19-25 Cowcross St. London Ec1m 6dh, U.K. | 12/10/2002 | 1 |
| Foster, Michael Grant | First New York Securities LLC 150 E 52nd St Fl 4th New York, NY 10022 | 5/7/2003 | 2 |
| Foster, Philip Ellis | Philip E. Foster 23 E 81st St New York, NY 10028 | 2/4/1980 | 1 |
| Fountain, Lisa L. | Casteel & Casteel 254 E. Mill St. New Braunfels, TX 78130 | 11/24/1997 | 1 |
| Fox, Michael Ian | Jeffrey Stein Salon 2167 Broadway New York, NY 10024 | 2/1/1999 | 1 |
| Fraher, Stephen J. | Casey Mahon & Rooney, LLP 450 7th Ave Rm 2107 New York, NY 10123 | 2/26/1991 | 1 |
| Frankel, Bruce | Angel & Frankel PC 460 Park Ave New York, NY 10022 | 10/23/1974 | 2 |
| Fransen, Robert Paul | 922 W Fullerston Ave #2 Chicago, IL 60614 | 4/10/2000 | 1 |
| Frants, Michael | Jaffe & Asher, LLP 600 3rd Ave New York, NY 10016 | 9/18/2002 | 2 |
| Fredericks, Michelle Arlene | New York City Dept. of Transportation 40 Worth St New York, NY 10013 | 5/5/1993 | 2 |
| Fried, Tal | Viewpoint Corporation 498 7th Ave Ste 1810 New York, NY 10018 | 6/3/1996 | 1 |
| Friedel, Gerhard Ulrich | Bismarckstrasse 93 Apt 202, 10625 Berlin, Germany | 7/11/1995 | 1 |
| Friedenberg, Joann Michele | The Bank of New York 1290 Avenue of the Americas Fl 5th New York, NY 10104 | 5/5/1999 | 2 |
| Friedman, Alexander Stephen | 45 W 67th St Apt 18F New York, NY 10023 | 11/22/1999 | 1 |
| Friedman, Erika Grace | 49 Thomas St New York, NY 10013 | 1/11/1999 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Friedman, John P. | USAA 325 Columbia Tpke Florham Park, NJ 07932 | 1/14/1980 | 1 |
| Friedman, Marjorie Northrop | 96 Hogback Rd Norwich, VT 05055 | 6/10/2002 | 1 |
| Friss, Warren E. | The Topps Company, Inc. 1 Whitehall St New York, NY 10004 | 8/28/1989 | 1 |
| Fujii, Nobuyuki | Mizuho Corporate Bank, Ltd. 1-3-3, Marunouchi, Chiyoda-Ku, Tokyo 100-8210, Japan | 1/23/1989 | 1 |
| Fukuda, Takahito | 3.32.1.1009 Yaguchi Ota-Ku 146-0093, Tokyo | 10/28/2003 | 1 |
| Fuller, Margaret Dare | 21622 Crestwind Drive San Marcos, CA 92069 | 5/22/1995 | 1 |
| Fuller, Susan Kate | Susan K. Fuller C/O Bullivant Houser Bailey 1601 5th Avenue, Suite 2400 Seattle, WA 98101 | 1/14/1991 | 1 |
| Funaro, Nora | NYC Dept of Citywide Administrative Services One Centre Street, 16th Floor New York, NY 10007 | 12/9/1987 | 2 |
| Fusaro, Robert Elliot | 107 Thompson Street Apt 2D New York, NY 10012 | 6/24/1986 | 3 |
| Gadsden, Donald Larry | 501 West 123rd St #12-D New York, NY 10027 | 11/14/1979 | 2 |
| Gadsden, Jenee Moreen | Law Office of Gregory D Harmon 208 E 163rd St Bronx, NY 10451 | 7/14/1997 | 1 |
| Gaffney, Anna Penelope | Clifford Chance Rogers & Wells LLP 200 Park Ave New York, NY 10166 | 3/4/2002 | 1 |
| Galaburda, Adam C | Bernstein Investment Research & Management 1345 Avenue of the Americas New York, NY 10105 | 10/15/2001 | 1 |
| Gallo, Joseph Anthony | Salomon Smith Barney 388 Greenwich St 36th Floor New York, NY 10013 | 6/15/1987 | 1 |
| Gallop, James Robert | Victory SBSF Capital Management 45 Rockefeller Plz New York, NY 10111 | 1/5/1994 | 2 |
| Galloway, Timothy Eric | Lantern Group 690 8th Ave 5th Fl New York, NY 10036 | 8/28/1989 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Galluccio, Nicole Gina | BDO Seidman, LLP 330 Madison Ave New York, NY 10017 | 10/24/2001 | 2 |
| Gambino, Joseph Michael | Cadwalader, Wickersham & Taft LLP 1 World Financial Ctr New York, NY 10281 | 9/17/2001 | 1 |
| Gamza, Jonathan Ross | Junior Bus Tours Inc. 935 Route 34 Ste 3C Matawan, NJ 07747 | 1/11/1993 | 1 |
| Gardey, Carol B. | Icollector 9 Pembridge Rd 3rd Floor London W11 3jy, England | 11/24/1997 | 1 |
| Gardstein, Ronnie Kay | 31 Maple Ave Little Silver, NJ 07739 | 2/5/1979 | 1 |
| Garfield, Deborah Ann | Howard-Sloan Legal Search 1140 Avenue of the Americas New York, NY 10036 | 3/23/1992 | 1 |
| Garner, Charles Hugh Farkas | IDT Ventures, Inc 520 Broad St Newark, NJ 07102 | 7/11/1988 | 1 |
| Garrett, Christopher Lewis | 155 E 31st St Apt. 22F New York, NY 10016 | 6/11/2001 | 1 |
| Gates, Kevin Tyson | Hughes, Watters & Askanase, L.L.P. 1415 Louisiana, Ste 3700 Houston, TX 77002 | 7/12/1999 | 1 |
| Gaynor, Stephanie Dee | Stephanie D. Gaynor, Attorney At Law 5565 Trowbridge Drive Dunwoody, GA 30338 | 8/12/1991 | 1 |
| Gelber, Jacob Adam | Chadbourne & Parke LLP 30 Rockefeller Plz New York, NY 10112 | 5/23/2001 | 2 |
| Gelinas, Andre Antoine | Schulte Roth & Zabel LLP 919 3rd Ave New York, NY 10022 | 10/29/2002 | 3 |
| Gensler, George M. | The McGraw-Hill Companies, Inc. Two Penn Plaza 9th Fl New York, NY 10121 | 10/5/1999 | 1 |
| Genut, Basheva Elizabeth | Israel Information Center 214 Jaffa Street Jerusalem, Israel | 9/27/1999 | 1 |
| Geoghan, Daniel Francis Xavier | Togut Segal & Segal LLP 1 Penn Plaza, Suite 3335 New York, NY 10119 | 9/18/2000 | 1 |
| Gerber, Peggy A. | Thelen Reid & Priest LLP 333 South Hope Street, Suite 2900 Los Angeles, CA 90071 | 11/2/1987 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Gerbing, Joan Poli | Szegda & Gerbing<br>300 E 42nd St Ste 16th<br>New York, NY 10017 | 7/31/1985 | 2 |
| Ghekiere, Philip J. | Capco<br>43 Prims Boudewijmlaam<br>2650 Edegem, Belgium | 7/27/1987 | 1 |
| Ghobadi, Parand | Law Office of Andrew N. Sears<br>401 Park Ave S<br>Suite 500<br>New York, NY 10016 | 11/24/1997 | 1 |
| Giancola, Lisa Ann | Orville H Platt High School<br>Coe Avenue<br>Meriden, CT 06451 | 9/19/1983 | 1 |
| Giannuzzi, Nicholas Louis | Donovan & Giannuzzi, LLP<br>261 Madison Ave<br>New York, NY 10016 | 7/26/1993 | 1 |
| Giffuni, Joann V. | Merit Operating Corp<br>351 E 83rd St<br>New York, NY 10028 | 6/24/1968 | 1 |
| Giliberti, Catherine Toni | Silverstein Properties<br>120 Broadway<br>New York, NY 10271 | 3/14/1979 | 2 |
| Gillon, Brian Thomas | Pediatrix Medical Group, Inc.<br>1301 Concord Terrace<br>Sunrise, FL 33323 | 1/23/1995 | 1 |
| Gimble, Linda Gail | Linda G Gimble Esq<br>235 E 95th St Apt 331<br>New York, NY 10128 | 6/20/1983 | 1 |
| Gindi, Nathan Sam | Kronish Lieb Wiener & Hellman LLP<br>1114 6th Ave<br>New York, NY 10036 | 5/5/1999 | 2 |
| Ginsberg, William W. | Science Park Development Corporation<br>5 Science Park<br>New Haven, CT 06511 | 8/3/1981 | 1 |
| Giry, Stephanie A. | Freshfields Bruckhaus Deringer<br>520 Madison Ave Fl 34th<br>New York, NY 10022 | 10/7/2002 | 1 |
| Gittis, Lenore | Lenore Gittis Esq.<br>201 E 77th St Apt 10B<br>New York, NY 10021 | 6/23/1967 | 1 |
| Givens, Geraldine Iona | 908 Highland<br>Houston, TX 77009 | 3/26/2002 | 1 |
| Glanz, Steven C. | Realtime.com<br>475 5th Ave<br>New York, NY 10017 | 1/24/2001 | 2 |
| Glaser, Robyn L. | 841 N. Sweetzer Avenue<br>Los Angeles, CA 90069 | 1/22/1996 | 1 |
| Glassberg, Gil | 1530 Palisades Ave<br>Fort Lee, NJ 07024 | 6/23/1958 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Glatman, Arthur Lewis | Arthur L Glatman Esq 880 Bergen Ave Jersey City, NJ 07306 | 7/8/1976 | 1 |
| Glazer, George Douglas | George D Glazer Esq 28 E 72nd St New York, NY 10021 | 5/9/1984 | 2 |
| Gleason, Michelle Dubuc | 125 Park Ave Fl 22nd New York, NY 10017 | 11/1/1993 | 1 |
| Glick, Brian Jay | Glick International Dev. Corp. 805 Third Avenue 21st Floor New York, NY 10022 | 9/18/1995 | 1 |
| Glick, Ida Marla | 64 E 86th St Apt 12C New York, NY 10028 | 5/17/1993 | 1 |
| Glogoff, Christina Michelle | Richard Hughes Justice Complex Dept of Law & Public Safety 25 Market St Trenton, NJ 08611 | 1/22/2001 | 1 |
| Goffney, Keith | PO Box 1797 New York, NY 10185 | 1/27/1998 | 1 |
| Gold, Jehv Adam | Manhattan Fruitier 105 E 29th St New York, NY 10016 | 12/3/1984 | 1 |
| Gold, Matthew J. | Olshan Grundman Frome Rosenzweig & Wolosky LLP 65 E 55th St New York, NY 10022 | 4/11/1983 | 1 |
| Goldberg, Kenneth R. | Brown Rudnick LLP 1 Financial Ctr Flr 18th Boston, MA 02111 | 4/23/1990 | 1 |
| Goldberg, Lynne Erica | United Nations Office of Legal Affairs One U.N. Plaza Rooms 3230 (b) New York, NY 10017 | 7/20/1992 | 1 |
| Goldberg, Marc Andrew | Jaroslawicz & Jaros 150 William St New York, NY 10038 | 1/13/1997 | 1 |
| Goldberg, Martin Murray | Deutsche Bank Securities, Inc. 130 Liberty Street New York, NY 10006 | 8/4/1997 | 1 |
| Golden, Steven E. | Mahoney Cohen & Company CPA, P.C., 111 West 40th Street New York, NY 10018 | 6/25/1987 | 4 |
| Goldenberg, John Arnold | Unicom Capital Advisors LLP 120 W 45th St Fl 37th New York, NY 10036 | 6/13/1988 | 1 |
| Goldfein, Robert J. | Robert J. Goldfein Esq 60 E 42nd St Rm 2015 New York, NY 10017 | 3/23/1967 | 2 |
| Golding, Rebecca Lampert | 70 Elmwood Ave Chatham, NJ 07928 | 6/16/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Goldman, Benjamin Edward | Squire, Sanders & Dempsey, L.L.P. 801 South Figueroa Street 14th Floor Los Angeles, CA 90017 | 12/23/1968 | 1 |
| Goldsmith, Dana Michele | Cardinal Capital Partners 654 Madison Ave New York, NY 10021 | 1/10/2001 | 2 |
| Goldsmith, Jason Daniel | D'Agostino, Levine & Landesman LLP 345 7th Ave 23rd Flr New York, NY 10001 | 5/14/2001 | 1 |
| Goldstein, Jon Matthew | 510 E 88th St Apt 3B New York, NY 10128 | 2/29/1988 | 1 |
| Gonzales, Mary M. | Miro Miro and Weiner 500 North Woodward Ave Ste 200 Bloomfield Hills, MI 48013 | 5/3/1982 | 1 |
| Gonzalez, Martin Alejandro | Banc of America Securities 9 W 57th St 31st Fl New York, NY 10019 | 6/14/1993 | 1 |
| Goodman, Lawrence J. | Ernst & Young LLP 200 Clarendon St Boston, MA 02116 | 1/13/1986 | 1 |
| Goodman, Rebecca Beth | Wilson Elser Moskowitz Edelman & Dicker, LLP 150 E 42nd St New York, NY 10017 | 5/8/2003 | 1 |
| Goodman, Rina Marian | 6553 39th Ave NE Seattle, WA 98115 | 4/15/1991 | 1 |
| Gordon, Douglas Nathaniel | Brown McCarroll L.L.P. 2001 Ross Avenue, Suite 2000 Dallas, TX 75201 | 3/3/1975 | 1 |
| Gordon, Marvin Norman | 277 West End Avenue New York, NY 10023 | 12/22/1964 | 1 |
| Gore, Stephanie Ann | Florida State University College of Law 425 W. Jefferson Street Tallahassee, FL 32306 | 2/6/1995 | 1 |
| Gorelick, Richard Brian | 59 W 76th St New York, NY 10023 | 9/15/1997 | 1 |
| Gostfrand, Amy Beth | A.L. Associates, Inc. 546 Fifth Avenue New York, NY 10036 | 4/27/1994 | 2 |
| Gotimer, Thomas More | Thomas M Gottimer Esq. 70 Flat Rock Drive Ridgefield, CT 06877 | 5/17/1993 | 1 |
| Gottlicher, Ulrike | Bischof Faber-Platz 10 1180 Vienna, Austria | 5/17/1983 | 1 |
| Gottlieb, Brian D | Wachtell Lipton Rosen & Katz 51 W 52nd St New York, NY 10019 | 9/17/2001 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Goulandris, Alexander John | 1500 Locust St Apt 2304 Philadelphia, PA 19102 | 11/1/1999 | 1 |
| Gould, Nicholas H. | Catalyst Group Design 130 Cedar St Fl 8th New York, NY 10006 | 6/14/1993 | 1 |
| Grady, Robert Lawrence | Raymond H. Wong, P.C. 401 Broadway 27th Floor New York, NY 10013 | 11/28/1995 | 3 |
| Graff, Benjamin C. | Philadelphia Gas Works, Legal Department 800 W Montgomery Ave Philadelphia, PA 19122 | 1/13/1997 | 1 |
| Graham, Diana | 124 Silver Spring Road Ridgefield, CT 06877 | 6/17/1985 | 1 |
| Graham, Thomas J. | 3600 Ordway St NW Washington, DC 20016 | 11/24/1986 | 1 |
| Green, Joshua A. | Merrill Lynch & Co. Inc. 4 World Financial Ctr 22nd Fl New York, NY 10080 | 5/21/1996 | 1 |
| Green, Valerie Eleni | Wiley, Rein & Fielding, LLP 1776 K Street, NW Washington, DC 20006 | 1/13/1997 | 1 |
| Greenbaum, David Roy | Vornado Realty Trust 888 7th Ave Fl 44th New York, NY 10019 | 4/27/1977 | 2 |
| Greenberg, Avrom Elliot | 11 Barton Ln Cos Cob, CT 06807 | 7/28/1986 | 1 |
| Greenberg, Jeffrey Stuart | Epic Consulting, LLC 350 5th Ave Suite 2723 New York, NY 10118 | 7/13/1983 | 2 |
| Greenberg, Scott David | Bryan Cave LLP 1290 Avenue of the Americas New York, NY 10104 | 11/13/2002 | 1 |
| Greenblatt, William Mitchell | Sterling Testing Systems Inc 249 W 17th St Fl 6th New York, NY 10011 | 1/17/1983 | 1 |
| Greenstein, Scott Andrew | October Films 65 Bleecker St Fl 2nd New York, NY 10012 | 2/4/1985 | 1 |
| Greenwald, Glenn E. | Greenwald & Associates 250 W 54th St Ste 501 New York, NY 10019 | 5/22/1995 | 1 |
| Greenwald, Nathaniel Lev | Davis Polk & Wardwell 450 Lexington Ave New York, NY 10017 | 10/29/2001 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|--------------------------|-----------|-------|
| Gregory, Keith A. | U.S. Securities and Exchange Commission<br>Division of Investment Management<br>450 Fifth Street, NW<br>Washington, DC 20549 | 12/3/1990 | 1 |
| Greitzer, Sarah Elizabeth | Zurich North America<br>1 Liberty Plz<br>New York, NY 10006 | 4/14/1999 | 2 |
| Grew, Christopher Adam | Wilmer Cutler Pickering Hale & Dorr LLP<br>10 Noble Street<br>London Ec2v 7qj, England | 7/1/1991 | 1 |
| Griffin, John T. | Riposanu Joyce Aballi Diaz-Cruz Lederer and Manges<br>375 Park Ave<br>New York, NY 10152 | 3/17/1980 | 1 |
| Griffith, Melanie Frager | 325 W End Ave Apt 2B<br>New York, NY 10023 | 4/14/1997 | 1 |
| Griffiths, Jacqueline S. | 1757 Ponus Rdg<br>New Canaan, CT 06840 | 10/7/1996 | 1 |
| Groisser, Suzanne Jacqueline | 125 Montclair Ave<br>Montclair, NJ 07042 | 8/10/1992 | 1 |
| Gross, Geoffrey E. | St. Anthonys Cottage<br>Tylers Green Penn<br>Hp10 8eq Bucks, England | 6/19/1978 | 1 |
| Gross, Neil Lawrence | 12 Davey Dr<br>Apt 14K<br>West Orange, NJ 07052 | 1/23/1995 | 1 |
| Grossman, Erik S. | Chadbourne & Parke, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | 7/30/2001 | 1 |
| Grunberg, Elisabeth Marieantoinette | Nauta Dutilh Prinses Irenestraat 59<br>1077 W V Amsterdam<br>The Netherlands, Netherlands | 2/15/1994 | 1 |
| Grunderman, Raymond David | 8856 Ashgrove House Lane Suite 201<br>Vienna, VA 22182 | 12/13/1965 | 1 |
| Guerrand-Hermes, Olaf | 1 W 67th St # 601<br>New York, NY 10023 | 1/23/1995 | 1 |
| Guevara, Andres Rene | 9928 Falcon Creek Drive<br>Littleton, CO 80130 | 3/10/1997 | 1 |
| Guliani, Ranjeev Singh | Ranjeev Guliani<br>1805 Eden Way<br>Virginia Beach, VA 23454 | 2/28/2000 | 1 |
| Gutstaut, Tal | Winthrop, Strawn, Putman & Roberts<br>1 Battery Park Plz<br>New York, NY 10004 | 11/20/2000 | 1 |
| Gyves, Susan Callan | 11 Kendall Avenue<br>Maplewood, NJ 07040 | 5/12/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hacking, Douglas David | Littleton Chambers 3 King's Bench Walk North the Temple London Ec4y 7hr, England | 10/6/1975 | 1 |
| Hadar, Zvi | Zvi Hadar Esq. 42A Hakidma St Pituach Herzlia, Israel | 5/4/1987 | 1 |
| Hadden, Michael Shane | Credit Suisse First Boston 11 Madison Ave New York, NY 10010 | 1/22/2001 | 1 |
| Haft, James Frederic | Pacific Alliance Ltd. 1010 5th Avenue New York, NY 10028 | 7/25/1988 | 1 |
| Hagey, Allison Roseman | Akin, Gump, Strauss, Hauer & Feld, LLP 590 Madison Ave New York, NY 10022 | 1/13/2003 | 1 |
| Hahn, Lucy Ann | Lifetime Entertainment Services 309 W 49th St New York, NY 10019 | 6/15/1998 | 1 |
| Hamburg, Toni C. | New York Stock Exchange, Inc. 20 Broad St Fl 9th New York, NY 10005 | 12/11/1991 | 2 |
| Hamill, David R. | Miller & Chevalier 655 15th Street, NW Washington, DC 20005 | 9/25/1989 | 1 |
| Hamilton, Paul St John | VMAC 350 5th Ave Ste 5620 New York, NY 10118 | 12/15/1999 | 2 |
| Hansen, Dawn Renee | Pricewaterhouse Coopers 1301 Avenue of the Americas New York, NY 10019 | 5/8/1996 | 2 |
| Happel, Michael Anthony | Morgan Stanley 1585 Broadway 12th Floor New York, NY 10036 | 11/27/1990 | 1 |
| Harari, Michele Joy | 75 W End Ave Apt C21C New York, NY 10023 | 9/8/1993 | 2 |
| Hardge, Nicholas Anthony | Milbank, Tweed, Hadley & McLoy LLP 1 Chase Manhattan Plz New York, NY 10005 | 7/10/2000 | 1 |
| Harper, Roger C. | Goldman Sachs & Co 85 Broad St New York, NY 10004 | 12/7/1987 | 1 |
| Harrington, John Ray | Sulloway & Hollis 9 Capitol St Concord, NH 03301 | 3/4/1985 | 1 |
| Harris, Andrew Mark | C/O American Lawyer Media 105 Madison Ave New York, NY 10016 | 3/27/1991 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Hartzog, Edward Algot | 530 E 89th St Apt 5A<br>New York, NY 10128 | 6/22/1999 | 3 |
| Harvey, Cathy Schleicher | Lamps Lipkind, Prupis & Petigrow<br>80 Main Street<br>West Orange, NJ 01572 | 4/15/1985 | 1 |
| Harzem, Emma | Greenberg Traurig, LLP<br>885 3rd Ave<br>New York, NY 10022 | 10/27/1997 | 1 |
| Hashimoto, Masayuki | Mori Hamada & Matsumoto<br>Marunouchi Kitaguchi Building<br>1-6-5, Marunouchi Chiyoda-Ku<br>Tokyo 100-8222, Japan | 5/24/1994 | 1 |
| Haskell, Anne Sanders | 245 W 107th St Apt 14E<br>New York, NY 10025 | 5/2/1983 | 1 |
| Haskins, John Wolford | Transworld Marketing<br>11900 Biscayne Boulevard<br>Suite 511<br>North Miami, FL 33181 | 7/8/1971 | 1 |
| Hatchett, Michael Eric | Law Office of Michael Hatchett<br>230 Park Ave Rm 864<br>New York, NY 10169 | 6/14/1993 | 1 |
| Hatzmann, George Robert | Shearman & Sterling<br>599 Lexington Ave<br>New York, NY 10022 | 5/14/2001 | 1 |
| Haugh, Stephen J. | Stephen J Haugh Esq<br>305 Broadway Ste 500<br>New York, NY 10007 | 7/6/1987 | 1 |
| Hauranek, Nicholas Clement | Clements & Co Inc<br>421 Joshuatown Rd<br>Lyme, CT 06371 | 3/21/1977 | 1 |
| Haverfield, Rachel Julie | Bloomberg LP<br>City Gate House<br>39-45 Finsbury Square<br>London Ec2a 1pq, England | 7/18/2003 | 1 |
| Haverstick, Matthew Hermann | Barley, Snyder, Senft & Cohen LLC<br>126 E King St<br>Lancaster, PA 17602 | 4/14/1997 | 1 |
| Haviland, Aileen Patricia | Chadbourne & Parke<br>30 Rockefeller Plaza<br>New York, NY 10112 | 3/21/2003 | 1 |
| Hawke, Jody Irene | U.S. Postal Service Law Department<br>300 Long Beach Blvd Room 240<br>Long Beach, CA 90802 | 10/18/1999 | 1 |
| Haynes, Jean Reed | 160 W 66th St Apt 54B<br>New York, NY 10023 | 2/4/1991 | 1 |
| Healy, Joseph J. | The Accetta Group, LLP<br>60 Madison Ave Ste 903<br>New York, NY 10010 | 11/12/1997 | 2 |
| Hebert, Guy William | 61 Broadway Rm 3000<br>New York, NY 10006 | 1/29/1997 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hecht, Esther Malka | Thomson 530 5th Ave Fl 7th New York, NY 10036 | 2/19/1997 | 2 |
| Hecht, Timothy | L K Hecht Co 1140 Broadway New York, NY 10001 | 3/23/1987 | 1 |
| Heiss, Stuart Jason | 333 E 49th St Apt 3R New York, NY 10017 | 3/24/1993 | 2 |
| Hellman, Pia Teresa | Ministry for Foreign Affairs Sl Sofia, PO Box 176 00161 Helsinki, Finland | 1/31/1995 | 1 |
| Henderson, Craig Lee | Murphy Austin Adams Schoenfeld LLP 1000 G Street, 3rd Floor P.O. Box 1319 Sacramento, CA 95812 | 3/14/1995 | 1 |
| Hendler, Carolyn Tracy | Covington & Burling (lexolution) 1330 Avenue of the Americas New York, NY 10019 | 7/1/2002 | 1 |
| Hennessey, Shannon McDonald | JP Morgan & Co, Inc. 345 Park Ave Fl 4 H New York, NY 10154 | 7/6/1987 | 1 |
| Henty, Georgia Page | Hogan & Hartson L.L.P. 875 3rd Ave New York, NY 10022 | 5/14/2001 | 1 |
| Herman, Benjamin Joseph | Radio Free Europe 1201 Connecticut Avenue, N.W. Washington, DC 20036 | 2/1/1999 | 1 |
| Hermanson, Leslie | Willkie Farr & Gallagher 787 7th Ave New York, NY 10019 | 12/16/2002 | 1 |
| Hermele, Laurie Beth | Stuart Weitzman, Inc. 50 W 57th St New York, NY 10019 | 9/18/2000 | 1 |
| Herridge, Peter Lamont | Novartis Pharmaceutical Corporation, Corporate Intellectual Property 1 Health Plaza, Bldg 430 East Hanover, NJ 07936 | 3/27/2001 | 1 |
| Herring, Patricia | Patricia Parisi Esq 227 Waverly Place 3E New York, NY 10014 | 2/4/1985 | 1 |
| Hershon, Judith Gail | Trace International Inc 375 Park Ave Fl 11th New York, NY 10152 | 10/30/1985 | 2 |
| Hertz, Michael Karl | Pro Bono Net 151 W 30th St Fl 10th New York, NY 10001 | 3/22/1989 | 2 |
| Hertz, Sharyl Marcus | 3 Beechwood Dr Saddle River, NJ 07458 | 8/28/1989 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hess, Sita Anne Krafchow | 200 E 16th St Apt 12C New York, NY 10003 | 6/10/2002 | 1 |
| Hiblin, Louise | Dechert LLP 30 Rockefeller Plz New York, NY 10112 | 3/18/2003 | 3 |
| Hickman, Frank | Mintz & Fraade, P.C. 488 Madison Ave Ste 1100 New York, NY 10022 | 8/27/2002 | 3 |
| Hicks, Todd C. | Thrasher Dinsmore & Dolan 100 7th Avenue Suite 150 Chardon, OH 44024 | 2/3/1997 | 1 |
| Higashi, Taryn L. | The Ford Foundation 320 E 43rd St New York, NY 10017 | 8/24/1987 | 1 |
| Higbie, Roger C. | Roger Higbie 450 7th Ave Ste 2304 New York, NY 10001 | 8/22/1983 | 1 |
| Higham, James Gerard | Teligent, Inc. 8065 Leesburg Pike, Ste 400 Vienna, VA 22182 | 7/17/1995 | 1 |
| Highleyman, Samuel Locke | Coudert Brothers 1114 Avenue of the Americas New York, NY 10036 | 6/30/1972 | 1 |
| Hill, Alexandra L. | Clifford Chance US LLP 200 Park Ave New York, NY 10166 | 10/28/2002 | 1 |
| Hillman, Brooke Katherine | 1340 N. Astor Apartment 1606 Chicago, IL 60610 | 4/10/1995 | 1 |
| Hillson-Chosed, Sabrina | 328 E 15th St Apt 18 New York, NY 10003 | 1/13/2003 | 1 |
| Hine, Sarah Anne | Rutherford & Christie, LLP 300 E 42nd St Fl 18th New York, NY 10017 | 6/2/2000 | 1 |
| Hink, Barbara A. | Barbara A Hink 11 Waverly Pl 12C New York, NY 10003 | 5/2/1983 | 1 |
| Hirshey, Jonathan Steven | Kaye Scholer LLP 425 Park Ave New York, NY 10022 | 6/10/2002 | 1 |
| Hixson, David Fraser | Motorola Inc 1303 E Algonquin Rd Schaumurg, IL 60193 | 10/28/1971 | 1 |
| Hoch, Margaret E. | Margaret E Hoch 280 Warwick Rd Lake Forest, IL 60045 | 1/29/1985 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hodge, Timothy Russell | Clifford Chance Rogers & Wells 200 Park Ave New York, NY 10017 | 4/22/2002 | 1 |
| Hoe, Richard Lee | IBM 180 West Rocks Road Norwalk, CT 06851 | 2/11/1974 | 1 |
| Hoffman, Kurt M. | Davis Polk & Wardwell 450 Lexington Ave New York, NY 10017 | 2/5/2001 | 1 |
| Hogan, John James | Harborstone Capital Mgn. LLC 152 W 57th St Fl 21st New York, NY 10019 | 12/19/1969 | 2 |
| Holbrook, Emmett Bradford | Advantage Golf 8229 Boone Boulevard Suite 402 Vienna, VA 22182 | 2/28/1983 | 1 |
| Holloway, Lakon | Dechert 2 Serjeants' Inn London Ec4y 1lt, England | 5/8/2001 | 1 |
| Holmes, Diara Marie | Caplin & Drysdale Chartered One Thomas Circle, NW Suite 1100 Washington, DC 20005 | 6/14/1999 | 1 |
| Holtzman, Samuel A. | Samuel A. Holtzman 315 E 86th St New York, NY 10028 | 6/20/1968 | 2 |
| Hom, Sue Lin | Deloitte & Touche LLP 2 World Financial Center New York, NY 10281 | 5/17/1995 | 2 |
| Hong, Su Zan | Ing Antgi Life Insurance Co. of America Taiwan Branch 8f,176, Sec. 1, Kellung Road Taiwan Taipei 110, China | 4/13/1987 | 1 |
| Hootnick, Adam Seth | 414 W 44th St Apt 3F New York, NY 10036 | 2/4/2002 | 1 |
| Hornick, Joshua | Pathfinder Learning Center 256 N Pleasant St Amherst, MA 01002 | 6/2/1986 | 1 |
| Horowitz, Terissa Goldberg | The Legal Aid Society Juvenile Rights Division 60 Lafayette St Apt. #9A New York, NY 10013 | 4/27/1999 | 1 |
| Horsley, Julia | P.O. Box 863 Bridgetown 6255, Australia | 11/21/2003 | 1 |
| Hostomsky, Thomas Joseph | 321 Bedford Park Blvd Bronx, NY 10458 | 6/2/1982 | 2 |
| Howard, Johna M. | Greenebaum Doll & McDonald PLLC 3300 National City Tower 101 South Fifth Street, 34th Floor Louisville, KY 40202 | 10/27/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Hsu, Lian Hwei | Lian Hwei Hsu, Esq. 6f,11 Lane 113, Ming Shen E Rd., Sec 3, Taipei, Taiwan Roc | 11/4/1991 | 1 |
| Hsu, Mark | 156 University Ave. Palo Alto, CA 94301 | 4/12/1999 | 1 |
| Hsu, Michelle Mei-Mei | Akin, Gump, Strauss, Haur & Feld, LLP 1333 New Hampshire Avenue, N.W. Washington, DC 20036 | 9/21/1992 | 1 |
| Hubbard, Jami Sue | 2861 Castlebar Court Green Bay, WI 54313 | 7/13/1998 | 1 |
| Hubschman, Jason | Weil, Gotshal & Manges, LLP 767 5th Ave New York, NY 10153 | 11/19/2003 | 2 |
| Huet, Pauline Candice | Gide, Loyrette Novel 26, Cours Albert 1er Paris 75008, France | 6/20/2003 | 1 |
| Hugger, John Charles | John C. Hugger Esq Attorney & Counselor At Law PO Box 877, 3002 Evergreen Parkway Evergreen, CO 80437 | 8/10/1978 | 1 |
| Humes, Bruce | Bruce James Humes Esq. 52 W 13th St Apt 1 New York, NY 10011 | 6/18/1990 | 1 |
| Hur, Rock | Fusion Capital Ltd 350 5th Ave New York, NY 10118 | 9/25/1996 | 2 |
| Hurowitz, Richard Adam | 201 East 42nd Street, 16th Floor New York, NY 10017 | 10/18/1999 | 1 |
| Hurwitz, David Norman | 146 W 57th St Apt 58C New York, NY 10019 | 11/30/1960 | 1 |
| Hwang, Hyunseok | Morgan Stanley & Co., Inc. 1585 Broadway New York, NY 10036 | 3/26/2002 | 1 |
| Idehen, Stan Nosasu | Stockschlaer McDonald & Sules P.C. 161 William St Fl 16th New York, NY 10038 | 10/26/1998 | 1 |
| Idowu, Mayen Ruth | Paul, Weiss, Rifkind, Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 11/20/2002 | 2 |
| Ikonen, Gregory J. | Venture Law Group 2775 Sand Hill Road Menlo Park, CA 94025 | 3/23/1992 | 1 |
| Indyke, Andrea L. | 107 West 86th Street Apt 16C New York, NY 10024 | 6/1/1987 | 1 |
| Irwin, Jody L. | Scudder Kemper Investments, Inc. 345 Park Ave New York, NY 10154 | 3/26/1990 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Isaacs, Joseph M. | Joseph M. Isaacs, Esq 320 E 42nd St New York, NY 10017 | 3/13/1961 | 1 |
| Ishii, Fumiaki | Sidley Austin Brown & Wood LLP 875 3rd Ave New York, NY 10022 | 6/10/2002 | 1 |
| Islam, Saqib | Morgan Stanley, Inc. 1585 Broadway Fl 30 New York, NY 10036 | 6/16/1997 | 1 |
| Islam, Shahan | Rosenman & Colins 575 Madison Ave New York, NY 10022 | 2/3/1988 | 2 |
| Isoda, Mitsuo | Pillsbury Winthrop LLP 1 Battery Park Plz New York, NY 10004 | 5/21/2002 | 3 |
| Itzkowitz, Jay Noah | Hogan & Hartson L.L.P. 875 3rd Ave New York, NY 10022 | 3/3/1986 | 1 |
| Iuliucci, Debra Doris | New York County District Attorney's Office 1 Hogan Pl New York, NY 10013 | 1/22/2003 | 2 |
| Jacob, Joseph Mark | Objective Interface Systems, Inc. 13873 Park Center Road Suite 360 Herndon, VA 20171 | 12/7/1987 | 1 |
| Jacobs, Margaret A. | The Wall Street Journal 200 Liberty St New York, NY 10281 | 7/21/1987 | 1 |
| Jacobson, Robin Elysse | Hughes Hubbard & Reed LLP 1 Battery Park Plz New York, NY 10004 | 12/16/2002 | 1 |
| Jacobson, Steven Miles | Steven M. Jacobson Esq. 812 Park Avenue New York, NY 10021 | 3/30/1961 | 2 |
| Jaffe, Joshua Michael | Blank Rome Tenzer Greenblatt LLP 405 Lexington Ave Fl 23rd New York, NY 10174 | 1/25/1994 | 3 |
| Jamal, Cara | Ballon Stoll Bader & Nadler, P.C. 1450 Broadway Fl 14th New York, NY 10018 | 12/11/2003 | 1 |
| James, Richard A. | Engram, Dixon & McKoy 800 Riverside Dr Apt 4E New York, NY 10032 | 8/5/1996 | 1 |
| Jankoski, Michael Edward | Port Authority of NY & NJ 225 Park Ave S Fl 13th New York, NY 10003 | 10/6/1982 | 2 |
| Javitch, Daniel Steven | 4141 Piedmont Avenue Oakland, CA 94611 | 5/17/1993 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Jenkins, Garry William | The Goldman Sachs Foundation 375 Park Ave Ste 1008 New York, NY 10152 | 1/31/2000 | 1 |
| Jeong, Haejin Anthony | 2111 Jefferson Davis Hwy 923 N Arlington, VA 22202 | 1/8/2002 | 1 |
| Jessup, Maggie Ann | 123 Bank St Apt 430 New York, NY 10014 | 5/7/2002 | 1 |
| Jessup, Miles D. | Clifford Chance US LLP 200 Park Ave Fl 52 New York, NY 10166 | 11/16/1999 | 1 |
| Jewett, Edward Lewis | 473 Park Street Upper Montclair, NJ 07043 | 10/26/1992 | 1 |
| Jobin, Judith | 12 W 96th St Apt 13C New York, NY 10025 | 4/26/1993 | 1 |
| Jones, Akua | 9601 Wilshire Blvd., #1118 Beverly Hills, CA 90210 | 8/7/1995 | 1 |
| Jones, Bronwen Clare | Kirkland & Ellis International Tower 42 25 Old Broad Street London Ec2n 1hq, United Kingdom | 6/11/2001 | 1 |
| Jones, Eric Harold | Eric Jones 41 E 11th St Fl 11th New York, NY 10003 | 1/13/1999 | 2 |
| Jones, John J. | John J. Jones 121 Orchard Ave Hightstown, NJ 08520 | 6/1/1981 | 1 |
| Jones, Justine Faith | 155 E 31st St Apt 16R New York, NY 10016 | 1/13/2003 | 1 |
| Jones, Marquis DeLafayette | McGivney & Kluger 305 Broadway Ste 800 New York, NY 10007 | 8/22/1995 | 3 |
| Jordan, Deryck Curtis | SLR 25 W 54th St New York, NY 10019 | 5/20/1998 | 2 |
| Juilhard, Philippe | Bureau Francis Lefebvre 1-3 Villa Emile Bergerat Neuilly Y Sein 92200, France | 6/5/1989 | 1 |
| Juliana, Suzanne Monique | 111 Boulevard Glen Rock, NJ 07452 | 7/12/1993 | 1 |
| Julien, Bruno Andre | European Commission D.G. Competition 70 Rue Jospeh Ii Brussels 1000, Belgium | 5/30/2003 | 1 |
| Jung, Sangin | Deloitte & Touche L.L.P. 2 World Financial Ctr Fl 15th New York, NY 10281 | 1/14/2002 | 1 |
| Kabemba, Mushiya Marie | 3 Belmont Drive SW Rome, GA 30165 | 2/3/1997 | 1 |
| Kacherski, Charles S. | Bryan Cave LLP 1290 Avenue of the Americas New York, NY 10104 | 12/11/2003 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Kagan, Laurence M. | Ominsky & Ominsky. P.C. 1500 JFK Blvd, Suite 1210 Philadelphia, PA 19102 | 3/1/1999 | 1 |
| Kahn, Mitchell | Cadwalader, Wickersham & Taft 100 Maiden Ln New York, NY 10038 | 7/24/2000 | 1 |
| Kaminshine, Steven Jay | Georgia State University College of Law University Plaza Atlanta, GA 30303 | 3/28/1978 | 1 |
| Kaminsky, Michael Jon | Neuberger Berman LLC 605 3rd Ave New York, NY 10016 | 2/1/1993 | 1 |
| Kamya, Arthur George | Debevoise & Plimpton 919 3rd Ave New York, NY 10022 | 7/1/2002 | 1 |
| Kang, Edward Uimo | 11285 Vereda Mar Del Corazon San Diego, CA 92130 | 6/5/2001 | 1 |
| Kang, Joo Young | Bingham Dana LLP 399 Park Ave New York, NY 10022 | 12/11/2000 | 1 |
| Kang, Naere | Paul Hastings Janofsky & Walker LLP Suite 2406-2410, China World Tower 2 No. 1 Jian Guo Men Wai Avenue Beijing 100004, China | 8/4/1997 | 1 |
| Kapen, Amal Ann | 340 East 74th Street # 10J New York, NY 10021 | 11/22/1999 | 1 |
| Kaplan, Robin Harrison | 103 East 75th Street Apartment 6RW New York, NY 10021 | 2/3/1997 | 1 |
| Kaplan, Stephen A. | Oaktree Capital Management LLC 333 South Grand Avenue 28th Floor Los Angeles, CA 90071 | 6/1/1987 | 1 |
| Kaplan-Brown, Alysa Joy | 300 Mercer St Apt 10K New York, NY 10003 | 3/10/1997 | 1 |
| Kar, Robin Bradley | Debevoise & Plimpton 919 3rd Ave New York, NY 10022 | 1/9/2001 | 1 |
| Kasa, Thomas Joseph | 514 E 88th St Apt 2C New York, NY 10128 | 1/7/2003 | 1 |
| Kasbohm, Madonna Marie | New York City Law Department 100 Church St New York, NY 10007 | 7/23/2003 | 2 |
| Katz, Andrew | Research Institute of America 395 Hudson St New York, NY 10014 | 2/22/1971 | 1 |
| Katz, Larrisa Michelle | Sullivan & Cromwell LLP 125 Broad St New York, NY 10004 | 5/30/2003 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Katz, Naomi | 2427 Henslowe Dr Potomac, MD 20854 | 7/12/1993 | 1 |
| Katzenmeyer, John William | Bear Stearns & Co. Inc. 245 Park Ave Fl 39th New York, NY 10167 | 10/28/1996 | 1 |
| Kaufman, Isaac | New York City Law Dept. 100 Church St New York, NY 10007 | 2/10/1999 | 2 |
| Kaufman, Stuart Jacob | Lockheed Dataplan Inc 90 Albright Way Los Gatos, CA 95030 | 10/28/1971 | 1 |
| Kava, Heather A. | Deloitte & Deloitte 2 World Financial Ctr New York, NY 10281 | 11/17/1999 | 2 |
| Kay, Peter Alexander | Peter Kay Sports Illustrated for Kids 135 W 50th St New York, NY 10020 | 4/11/1994 | 1 |
| Kazemzadeh, Monireh M. | 2965 Thorn Road Sebastopol, CA 95472 | 5/8/1989 | 1 |
| Keane, Douglas B. | Bredin Prat & Associates 130 Rue Du Faubourg Saint Honore Paris 75008, France | 6/13/1988 | 1 |
| Kedeshian, Kim Denise | 14934 Sunset Blvd Pacific Palisades, CA 90272 | 10/16/2000 | 1 |
| Kee, Joan J. | Institute of Fine Arts 1 E 78th St New York, NY 10021 | 6/20/2001 | 2 |
| Keefe, Robert John | Robert J. Keefe Esq 315 E 86th St New York, NY 10028 | 6/24/1981 | 2 |
| Kellner, Nancy Jane | 141 E St., SE Washington, DC 20003 | 9/28/1987 | 1 |
| Kempler, Jeffrey Bernhard | The Island Def Jam Music Group 825 8th Ave New York, NY 10019 | 12/4/1989 | 1 |
| Kennedy, Ada Rita | 106 Briscoe Rd New Canaan, CT 06840 | 7/1/1991 | 1 |
| Kennedy, Kevin J. | Dart Container Corporation 500 Hogsback Road Mason, MI 48854 | 7/26/1982 | 1 |
| Kern, Jerome Howard | Kern Consulting LLC 9033 E. Easter Place Centennial, CO 80112 | 1/6/1961 | 1 |
| Kessler, Debra Lynn | Satterlee Stephens & Burke Buke LLP 230 Park Ave Rm 1130 New York, NY 10169 | 2/5/1996 | 1 |
| Ketting, Regina R. | 30 Lafayette Rd W Princeton, NJ 08540 | 1/23/1989 | 1 |
| Khan, Sannam | 2302 Brairglen Drive Houston, TX 77027 | 10/1/2002 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Kiefer, Donald R. | 79 E Putnam Ave Greenwich, CT 06830 | 3/5/1984 | 1 |
| Kiesselbach, Theodore Scott | N.Y.C. Housing Authority Law Department 250 Broadway Fl 9th New York, NY 10007 | 5/6/1996 | 1 |
| Kim, David Yung-Oh | Prudential Financial 2 Gateway Ctr Newark, NJ 07102 | 9/27/1999 | 1 |
| Kim, Hyung Doo | Law Office of Kim & Chang 223 Naeja-Dong Seyang Building Chongro-Ku, Korea Seoul, Korea | 4/8/1997 | 1 |
| Kim, Mary Anne | 34 Linden Ln Chatham, NJ 07928 | 5/6/1991 | 1 |
| Kim, Sue Jin | 77 Bleecker St Apt 610 New York, NY 10012 | 6/20/2001 | 2 |
| King, Jonathan Gerard L | C/O Csiro Business Development & Commercialisation P.O. Box 93 North Ryde NSW 1670, Australia | 2/1/1999 | 1 |
| King, Peter A. | Peter A. King 185 E. 85th St 21k New York, NY 10028 | 9/19/1991 | 1 |
| King, Stephen Elliott | General Electric 501 Allendale Road King of Prussia, PA 19406 | 12/22/1969 | 1 |
| Kino, Dean | Sullivan & Cromwell 125 Broad St New York, NY 10004 | 1/23/2001 | 3 |
| Kinoian, Gregory Sarkis | Okin, Hollander & Deluca, L.L.P. One Parker Plaza Fort Lee, NJ 07024 | 6/22/1992 | 1 |
| Kinzel, Gregory Francis | American International Group 80 Pine St Fl 6th New York, NY 10005 | 8/21/2001 | 3 |
| Kirchman, Dana | 245 E 54th St New York, NY 10022 | 6/10/2000 | 1 |
| Kirschen, Leigh Anne | Clinique Labs Inc Marketing Dept 767 5th Ave 37th Floor New York, NY 10153 | 5/24/1999 | 1 |
| Kirschenstein, Sean Matthew | 188 Avenue B Apt 2 New York, NY 10009 | 10/28/2002 | 1 |
| Kirschner, Samuel | G M A C Commercial 88 Pine St New York, NY 10005 | 1/23/1995 | 1 |
| Kirstein, Tavi Nimrod | 3285 Stone Road Cape Charles, VA 23310 | 11/20/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Kisber, Jasen Phillip | Carter, Ledyard & Milburn 2 Wall St New York, NY 10005 | 10/15/2001 | 1 |
| Klapper, Carlton Barry | KLS Professional Advisors Group, Inc. 641 Lexington Ave New York, NY 10022 | 11/21/1977 | 1 |
| Klapper, Jeffrey B. | New York City Department of Corrections 60 Hudson St New York, NY 10013 | 1/18/1995 | 2 |
| Klausner, Stephen E. | Stephen E. Klausner 189 E 163rd St Bronx, NY 10451 | 2/22/1971 | 1 |
| Kleinman, Todd Martin | 1489 Patton Drive Boulder, CO 80303 | 5/3/1999 | 1 |
| Kless, Aaron C. | Aaron C. Kless 253 W 72nd St Apt 1804 New York, NY 10023 | 12/17/2001 | 1 |
| Kline, Ann Walker | Ann Kline Attorney At Law 640 Broad Axe Road Charlotteville, VA 22903 | 3/1/1993 | 1 |
| Kline, Jon David | Merrill Lynch & Co. 250 Vesey St New York, NY 10281 | 3/2/1992 | 1 |
| Klingsporn, James Milton | 157 W 73rd St Apt 5F New York, NY 10023 | 7/18/2003 | 1 |
| Klossner-Allen, Jayne | Aspen Law & Business 1185 Avenue of the Americas New York, NY 10036 | 3/2/1992 | 1 |
| Klutch, Ellen J. | GTE Business Communication Systems Incor 12502 Sunrise Valley Drive PO Box 4050 Reston, VA 22096 | 4/7/1980 | 1 |
| Knight, Laureine | Laureine Knight 1000 Park Ave New York, NY 10028 | 2/22/1977 | 1 |
| Koester, Reinhard Berthold | Goldman, Sachs & Co. 85 Broad St New York, NY 10004 | 1/4/1994 | 1 |
| Kofman, Andrew S. | McLansey & Co. 145 E 84th St Apt 9A New York, NY 10028 | 11/12/1997 | 2 |
| Konforty, Rachel Goldstein | White & McDermott, P.C. 65 William Street Wellesley, MA 02481 | 3/27/2001 | 1 |
| Konis, Jeffrey H. | Bernstein, Liebhard & Lifshitz, LLP 10 E 40th St Fl 22nd New York, NY 10016 | 1/11/1988 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Koong, Victor Hing Yeung | Hong Kong Exchanges & Clearing Ltd 12/fi., One International Finance Centre 1 Harbor View Street Hong Kong, China | 11/10/1998 | 1 |
| Kopff, Thomas Reid | Chase Securities Inc. 270 Park Avenue New York, NY 10017 | 5/15/2001 | 3 |
| Kopp, Kevin Patrick | Roberts & Stevens, P.A. P.O. Box 7647 Asheville, NC 28802 | 1/14/2002 | 1 |
| Kostel, David Michael | Credit Suisse First Boston 11 Madison Ave Fl 23rd New York, NY 10010 | 6/15/1998 | 1 |
| Kotubetey, Marianne Laura | Cravath, Swaine & Moore LLP 825 8th Ave New York, NY 10019 | 3/3/2003 | 1 |
| Kozlowski, Mark Frederick | 39 W 84th St Apt 3A New York, NY 10024 | 8/10/1992 | 1 |
| Kraig, Thomas L. | 23 Preston Drive Barrington, RI 02806 | 6/23/1967 | 1 |
| Kramer, Susan C. | PO Box 3608 Stamford, CT 06905 | 4/7/1980 | 1 |
| Krauss, Evan David | Leibowitz, Roberts & Rotholtz, LLP 183 Madison Ave Fl 19th New York, NY 10016 | 5/6/1996 | 1 |
| Kreisler, Gabrielle | Citizens Committee for Children 105 E 22nd St New York, NY 10010 | 7/15/1996 | 1 |
| Kropp, Ashlie E. | Webster Fredrickson & Brackshaw 1819 H St NW Suite 300 Washington, DC 20006 | 4/23/2001 | 1 |
| Kubler, Philip Johannes | Bluewin Ag Hardturmstrasse 3 Zurich 8001, Switzerland | 10/24/2000 | 1 |
| Kuhbach, Robert Gerdes | Dover Corporation 280 Park Ave New York, NY 10017 | 3/11/1974 | 1 |
| Kunkel, Donald Robert | 6 E 97th St Apt 2B New York, NY 10029 | 3/25/1991 | 1 |
| Kuo, Peter Chin | WR Hanbrecht & Co. 539 Bryant St. San Francisco, CA 94107 | 5/3/1999 | 1 |
| Kupietzky, Jay Kenneth | Elta Electronics Industries Ltd P.O. Box 330 Ashood 77102, Israel | 4/13/1992 | 1 |
| Kuranko, Robin Alyce | 72 Park Ave Bridgeport, CT 06604 | 5/4/1987 | 1 |
| Kurtzer, Brian Richard | 841 Garden St Hoboken, NJ 07030 | 6/2/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Kvoras Hadar, Liora | Liora Kvoras Hadar, Esq. 42A Hakidma St Herzelia Pituach, Israel | 5/4/1987 | 1 |
| Kwak, Stella | Ropes & Gray LLP 45 Rockefeller Plaza New York, NY 10111 | 7/30/2001 | 1 |
| Kwit, Alexander Baxter | Royalty Pharma AG 675 3rd Ave Ste 3000 New York, NY 10017 | 6/2/1997 | 1 |
| Kwit, Kenneth Jeremy | Kenneth J Kwitt Esq 1950 W Dry Creek Rd Healdsburg, CA 95448 | 3/21/1960 | 1 |